UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
THE UNITED STATES OF AMERICA

    -v-

NG LAP SENG

    Defendant.
---------------------------------------------------------X

NOTICE OF APPEARANCE

Crim. No.: 1:15-MJ-03562

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Benjamin Brafman, Esq. of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for Defendant Ng Lap Seng in the above-captioned matter.

Benjamin Brafman, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: bbrafman@braflaw.com

Dated: October 9, 2015
       New York, NY