# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

———

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

November 3, 2015

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     United States v. Ng Lap Seng, 15 Cr. 706 (VSB)

Dear Judge Broderick:

At the October 22, 2015 bail hearing in this case, counsel noted that Fei Lan Ng (Mr. Ng's daughter), Yuan Sun (Mr. Ng's daughter in law) and Jason Di Meng (Mr. Ng's godson) were going to be living with Mr. Ng at his Manhattan residence where he was subject to home detention. At that time, this Court noted that, to "the extent the people who are living in the apartment have passports and travel documents, they should surrender them." 10/22/15 Bail Hearing at 85. The Court further noted that "if they have travel plans in the future, I will hear about getting them back their travel documents so they can take whatever trips they're going to take." Id. In accordance with the bail conditions in this case, Fei Lan Ng, Yuan Sun and Jason Di Meng surrendered their passports to Pretrial Services on October 26, 2015.

We now write the Court requesting that it order Pretrial Services to return the passports of Mrs. Sun and Mr. Meng to allow them to travel. Specifically, Yuan Sun has two children in Macau–a 10 year old daughter and 6 year old son–that she has not seen since she came to the United States in late September to help her father-in-law after his arrest. Moreover, Mrs. Sun's son suffers from hepatorenal syndrome in his kidneys that requires treatment in Beijing every other month. In addition, Mrs. Sun's mother suffers from rheumatoid arthritis and Ankylosing Spondylitis, an inflammatory disease that causes some of the spine vertebrae to fuse together.

## BRAFMAN & ASSOCIATES, P.C.

Furthermore, while in Macau, Mrs. Sun would like to attend to her work as a manager at Sun Kien Ip Group Holdings, one of Mr. Ng's companies in Macau.[1]  Accordingly, we request that Mrs. Sun be allowed to travel to Macau as soon as possible for forty days to see and care for her family and conduct her business obligations.  After returning from Macau, Mrs. Sun would continue to live with Mr. Ng at his Manhattan residence and will again surrender her passport to Pretrial Services.  Given that any trial in this complicated case would be many months away, Mrs. Sun might need to make additional trips to Macau during the pendency of this case.

As for Jason Di Meng, he was offered a position as an office worker at a Beijing financial trust company but, after Mr. Ng's arrest, he deferred his starting date and came to the United States to help Mr. Ng and his family.  After putting his own life on hold and staying in the United States for the past six weeks, the twenty-seven year old Mr. Meng would like to move to Beijing and start working.  While Mr. Meng might occasionally return to New York, his main residence would be in Beijing.

Based on our conversations with the government, we are aware that they do not consent to our request.  We note that this Court never required that Mrs. Sun and Mr. Meng remain captive in the United States or live with Mr. Ng while he is on home detention.  Rather, the Court only stated that the residence of the apartment would be subject to the same living restrictions as Mr. Ng (10/22/15 Bail Hearing at 57, 76), had to sign Mr. Ng's bond (Id. at 55, 84) and had to surrender their passports and travel documents (Id. at 85).

Counsel further notes that Fei Lan Ng, who speaks fluent English, would remain with her father in his Manhattan residence while Mrs. Sun is not in the United States.

Thank you for your consideration.

Respectfully submitted,

Benjamin Brafman

cc:     AUSA Daniel Richenthal (via ECF)
        AUSA Janis Echenberg (via ECF)
        All counsel (via ECF)

---

[1] Mrs. Sun's role in the company has nothing to do with the proposed United Nations convention center in Macau that is at the heart of this case.

2