```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    15-cr-706 (VSB)
 UNITED STATES OF AMERICA,               :
                                         :        ORDER
            -v-                          :
                                         :
 NG LAP SENG,                            :
                      Defendant.         :
                                         :
-----------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    IT IS HEREBY ORDERED that the parties appear for a bail hearing on November 5, 2015 at 3:00 p.m., in courtroom 518, of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    IT IS FURTHER ORDERED that the parties be prepared to address the following at the scheduled bail hearing:

1. Were Sun Yuan, Jason Di Meng and Ng Fei Lan interviewed by the United States Attorney's Office?  If so, what, if anything, did they say about their current employment, including the location of their employer?  What, if anything, did they say about where they live and/or have lived?  What, if any, documents did the co-signers turn over to the United States Attorney's Office in connection with their interviews?

2. Was either party aware on October 22, 2015 that Ms. Sun worked/works for Mr. Ng and/or entities he owns and/or operates?

3. Was either party aware that Jason Di Meng had an outstanding job offer on October 22, 2015?  If so, was either party aware that the job is in Beijing?

4. Does Mr. Ng have any involvement or interest in the Beijing financial trust company that has offered Mr. Meng a job?  Did Mr. Ng play any role in Mr. Meng getting the job?

5. Did Mr. Meng work for Mr. Ng at any point in time as his personal assistant or in any other capacity?

6. How does Mr. Ng know Mr. Meng's parents?

7. Is there any documentary evidence demonstrating that Mr. Meng is Mr. Ng's godson?

8. Was the only reason the Ms. Sun was staying at the Residence "to help her father-in-law after his arrest"?  In other words, to the extent she was "living" in the Residence it was only because of Mr. Ng's arrest?

9. Was the only reason Mr. Meng was staying at the Residence to provide support/help his godfather after his arrest?  In other words, to the extent he was "living" in the Residence it was only because of Mr. Ng's arrest?

SO ORDERED.

Dated:     New York, New York
           November 4, 2015

_____
Vernon S. Broderick
United States District Judge

3