USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
:  15-cr-706 (VSB)
:
UNITED STATES OF AMERICA, : ORDER
:
        -v- :
:
NG LAP SENG, :
                Defendant. :
:
:
-----------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    Having heard the Defendant's request for a bail modification on November 5, 2015. For the reasons stated on the record on November 5, 2015, the Defendant's application for a bail modification is GRANTED in part and DENIED in part. The following are the modifications:

1. Sun Yuan shall not perform any work (including in person, by telephone or electronically) between November 5, 2015 and December 19, 2015 for any companies owned and/or affiliated with Defendant Ng Lap Seng. Ms. Yuan should not visit any of those companies;

2. Sun Yuan may have her passport back from Pretrial Services today, November 5, 2015;

3. Sun Yuan shall return to the United States on or before December 19, 2015, and upon her return she

should immediately return her passport to Pretrial Services;

4. Two additional co-signers approved by the Government must sign the bond;

5. Di Meng shall remain in the United States until the two additional co-signers have signed the bond; and

6. Di Meng can retrieve his passport from Pretrial Services once the two additional co-signers have signed the bond.

SO ORDERED.

Dated: New York, New York
November 5, 2015

Vernon S. Broderick
United States District Judge

2