**THE LAW FIRM OF HUGH H. MO, P.C.**
225 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10007
(212) 385-1500
FAX: (212) 385-1870 / EMAIL: hhmo8@verizon.net

November 9, 2015

Via ECF
Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: United States v. Ng Lap Seng
         Case No. 1:15-cr-00706 (VSB)

Dear Judge Broderick:

  We are co-counsel with Brafman & Associates, P.C. for Ng Lap Seng in the above-referenced matter.

  We write to request permission to allow Mr. Ng to utilize the swimming pool and the gym room on the 43rd and 42nd floors, respectively, in the building where he resides for his physical and mental well-being, based on the recommendation of his doctor that he needs regular exercise due to the complications brought on by diabetes. We have conferred with Pre-trial Services Officer Dennis Khilkevich and he has no objections to Mr. Ng utilizing the building's clubhouse while accompanied by his security monitors.

  Based on the foregoing, we respectfully request the Court So Ordering our request.

  We thank the Court for its consideration.

              Respectfully,

              Hugh H. Mo

HHM:nds

cc: AUSA Daniel C. Richenthal
   AUSA Janis Echenberg
   AUSA Rahul Mukhi
   Andrew J. O'Connell, Esq.
   Benjamin Brafman, Esq.