# THE LAW FIRM OF HUGH H. MO, P.C.

225 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10007
(212) 385-1500
FAX: (212) 385-1870 / EMAIL: hhmo8@verizon.net

November 11, 2015

Via ECF
Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Ng Lap Seng
Case No. 1:15-cr-00706 (VSB)

Dear Judge Broderick:

We are co-counsel with Brafman & Associates, P.C. for Ng Lap Seng in the above-referenced matter.

We hereby withdraw, without prejudice, our letter motion, dated November 9, 2015, regarding our client, Ng Lap Seng, use of his building's clubhouse, because we did not fully addressed Pre-trial Services and the government's concerns. At the appropriate time, we will re-file our motion.

We thank the Court for its consideration.

Respectfully yours,

Hugh H. Mo

HHM:nds

cc: All Counsel via ECF
Dennis Khilkevich, Pre-Trial Services
Andrew J. O'Connell, Esq., Guidepost