IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NG LAP SENG

Case No.: 1:15-cr-00706-VSB

**DECLARATION OF GUY D. SINGER
IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, Guy D. Singer, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP. I submit this declaration in support of my motion to withdraw as counsel of record for Defendant Ng Lap Seng.

2. The reason for my withdrawal is that Orrick is no longer retained by Mr. Seng as its counsel in this action. Mr. Seng will continue to be represented in this action by Hugh Hu Mo and Benjamin Brafman.

3. Accordingly, my withdrawal will not cause or result in any delay or prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 16, 2015

By: /s/ Guy D. Singer