USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NG LAP SENG | Case No.: 1:15-cr-00706-VSB |

### [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this day came for consideration the Motion to Withdraw as Counsel for Defendant Ng Lap Seng of Guy D. Singer. Having considered the motion, the Court finds that it should be and is hereby GRANTED.

Accordingly, it is ORDERED that Guy D. Singer is hereby withdrawn as counsel of record and shall be removed from all future notices in this lawsuit.

Dated: November 20, 2015

By: _/s/ Vernon Broderick_
Vernon S. Broderick
United States District Judge