# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

January 4, 2016

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
40 Foley Square
New York, NY 10007

Re:   United States v. Ng Lap Seng, 15 Cr. 706 (VSB)

Dear Judge Broderick:

On behalf of defendant Ng Lap Seng, counsel wishes to respectfully inform the Court of our decision to withdraw our request for a speedy trial at this time. Accordingly, Mr. Ng will not be filing any formal motions at this time and will file all pre-trial motions, including a Rule 14 severance motion, at a later date in accordance with the schedule to be set by the Court.

Thank you for the continued courtesy that your Honor has extended to counsel in this and all matters.

Respectfully,

Benjamin Brafman
Hugh H. Mo

cc:   all counsel (via ECF)