# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

**BENJAMIN BRAFMAN**

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

April 12, 2016

**VIA ECF**
**PERSONAL & CONFIDENTIAL**
Judge Vernon S. Broderick
United States District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE: UNITED STATES V. NG LAP SENG, ET AL., 15 CR. 706 (VSB)**

Dear Judge Broderick:

I wish to respectfully inform your Honor that subject to the Court's approval, I intend to withdraw as co-counsel of record on behalf of NG LAP SENG, effective immediately. I do so with the consent of my client. Mr. Hugh H. Mo will continue as counsel of record on behalf of the Defendant and accordingly, my decision to withdraw should not in any way delay the proceedings. Should your Honor require counsel's personal appearance in order for counsel to be formally relieved in this case, I will of course make myself available at the Court's direction. Given the media interest that any appearance in this matter generates however, and the fact that the defendant remains competently represented by co-counsel I would hope to avoid a formal appearance.

I wish to thank your Honor and I might add, also the Court's Deputy and Law Clerks, for the courtesy and high degree of professionalism extended to counsel in this and all matters.

Very Truly Yours,

Benjamin Brafman

cc: Ng Lap Seng (BY HAND)
Hugh H. Mo (BY HAND)
AUSA Janis Echenberg (VIA ECF)
AUSA Rahul Mukhi (VIA ECF)
AUSA Daniel C. Richenthal (VIA ECF)