```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :
            -v-                                       :
                                                      :         S5 15-CR-706 (VSB)
NG LAP SENG                                           :
     a/k/a "David Ng,"                                :            **ORDER**
     a/k/a "Wu Liseng,"                               :
     a/k/a "Boss Wu,"                                 :
                                                      :
                        Defendant.                    :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2017

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the Defendant Ng Lap Seng's letter dated May 16, 2017, regarding the pretrial disclosures. (Doc. 481.) I am also in receipt of the Government's letter, filed later that same day, responding to Defendant Ng's letter. (Doc. 484.) With respect to the first issue raised in Defendant Ng's letter—the Government's prior deadline to submit notice of rebuttal experts—Defendant Ng's request that I preclude the Government from offering rebuttal expert testimony at trial has been mooted by my May 16, 2017 endorsement on the Government's extension request. (Doc. 482.) With respect to the second issue raised in Defendant Ng's letter—the Government's provision of a statement listing the alleged co-conspirators and all alleged bribe payments two weeks prior to trial—I understand that issue to also be mooted by the Government's representation to Defendant Ng that it would, in fact, make that submission by the end of the day yesterday. With respect to the remaining issues raised, it is hereby

      ORDERED that the parties be prepared to discuss the production of 3500 material at the May 18, 2017 pretrial conference scheduled in this matter.

IT IS FURTHER ORDERED that the Government produce to the Court, by the end of the day today, a list of the witnesses for whom it has produced 3500 materials thus far.

SO ORDERED.

Dated: May 17, 2017
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge