```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
                                                            :
                   -against-                                :       S5 15-CR-706 (VSB)
                                                            :
                                                            :              ORDER
   NG LAP SENG,                                             :
                                                            :
                                       Defendant.           :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2017

VERNON S. BRODERICK, United States District Judge:

     I am in receipt of Defendant's August 15, 2017 letter request relating to Defendant Ng's bail conditions. The letter requests, among other things, approval of three individuals to continue to reside at Defendant Ng's residence, and two individuals who are non-family members to continue to visit Defendant. (Doc. 623.) The Government consents to each of these request. Defendant further requests clarification of his bail conditions. Accordingly, it is hereby

     ORDERED that Defendant's request for the named individuals to reside at Mr. Ng's residence and to visit Mr. Ng is approved.

     IT IS FURTHER ORDERED that Mr. Ng's co-residents may only use cellular phones, computer(s), or other electronic devices that can be used for communications under the following conditions: (1) all of the co-residents' cellular phones, computers and other electronic devices must be given to and held by Guidepost (consistent with the bail condition related to visitors to the residence); (2) when a particular co-resident wishes to use such device, they may obtain it from Guidepost, and can use such devices only in Bedroom 4; (3) Guidepost must prevent Defendant Ng from entering Bedroom 4; (4) co-residents are prohibited from relaying messages

from Defendant Ng to others; (5) when a co-resident has finished using his or her electronic device he or she must return the device to Guidepost; and (6) Guidepost must promptly notify the Government and the Court of any violations of these conditions.

      This Order shall supplement my August 7, 2017 Order (Doc. 616), and all prior bail conditions will remain in force.

SO ORDERED.

Dated: July 27, 2017
       New York, New York

_____
Vernon S. Broderick
United States District Judge