# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022 |  |
|---|---|---|
| Andrew M. Genser<br>To Call Writer Directly:<br>(212) 446-4809<br>andrew.genser@kirkland.com | (212) 446-4800 | Facsimile:<br>(212) 446-4900 |

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 9/5/2017

All bail conditions remain in force.

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Ng Lap Seng</u>, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

     We understand that the Court has approved Jesse Liang, Mr. Kevin Liang's three-year old son, to visit Mr. Ng's residence on Sep. 5, 2017.  We apologize for the multiple letters on this topic, but we recently learned that Mr. Liang plans to visit Mr. Ng frequently when Jesse will be in New York with him.  Because of Jesse's young age and Mr. Liang's responsibility to take care of Jesse, we respectfully request the Court's approval for Mr. Liang to bring Jesse with him when he visits Mr. Ng's residence on other occasions as well.

     We have reached out to the government to confirm their consent but have not heard back. In any event, we believe the government's prior approval was not limited to specific dates, nor do we have any reason to believe that the government has any objection to this request.

Respectfully Submitted,

KIRKLAND & ELLIS LLP

By:    <u>/s Andrew M. Genser</u>
        Andrew M. Genser
        Kirkland & Ellis LLP
        601 Lexington Avenue
        New York, NY 10022

cc:       Counsel of Record (by ECF)