

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 22, 2017

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse, Room 415
40 Foley Square
New York, New York 10007

> Re:    *United States* v. *Ng Lap Seng*,
> **S5 15 Cr. 706 (VSB)**

Dear Judge Broderick:

The Government respectfully writes, with the consent of the defendant, to request that sentencing in the above-captioned matter be adjourned from January 29, 2018 to February 14, 2018, a date that we understand works for the Court, in light of new personal and professional commitments that make the current date difficult for Government counsel.  The Government further respectfully requests, with the consent of the defendant, that if the requested adjournment is granted, the deadlines for the parties' sentencing submissions be adjourned for the same period of time, namely, the defense submission be due on or before January 24, 2018, and the Government's submission be due on or before February 7, 2018.

Honorable Vernon S. Broderick
United States District Judge
December 22, 2017
Page 2

                                        Respectfully submitted,

                                          JOON H. KIM
                                          Acting United States Attorney

By:   s/ Daniel C. Richenthal
                                          Daniel C. Richenthal
                                          Janis M. Echenberg
                                          Douglas S. Zolkind
                                          Assistant United States Attorneys
                                          (212) 637-2109/2597/2418

                                          SANDRA MOSER
                                        Acting Chief, Fraud Section
                                          Criminal Division

By:   s/ David A. Last
                                          David A. Last
                                          Trial Attorney
                                          (202) 616-5651

cc:     (by ECF)

        All Counsel of Record