# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022 |  |
|---|---|---|
| Andrew M. Genser<br>To Call Writer Directly:<br>(212) 446-4809<br>andrew.genser@kirkland.com | (212) 446-4800<br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

January 9, 2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Ng Lap Seng</u>, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

  We respectfully write on behalf of Mr. Ng Lap Seng to request that sentencing (currently scheduled for February 14) in the above captioned matter be adjourned to Friday, March 23, 2018 at 10:00am.  We understand the Court has availability on its calendar at that time.  The government has consented to this request.  We further respectfully request, with the government's consent, that if the requested adjournment is granted, the deadlines for the parties' sentencing submissions be adjourned for the same period of time, namely, the defense submission be due on or before March 2, 2018, and the government's submission be due on or before March 16, 2018.

  As the Court may recall, on December 22, 2017, the government requested to adjourn Mr. Ng's sentencing (which had been set for January 29, 2018) to February 14, 2018. At the time, Mr. Ng agreed and the Court granted the request.  Since that time, an issue has arisen that presents difficulty for going forward with that date.  Specifically, Mr. Ng's daughter-in-law, Ms. Crystal Sun, who is six month's pregnant with twins, has recently suffered complications with her pregnancy and indeed was hospitalized from December 27 to 29 in Hong Kong.  The risks to the pregnancy make it difficult for her husband Alex Ng (Mr. Ng's son), to travel to the U.S. to attend his father's sentencing in person before she delivers, and his personal attendance at the sentencing is very important to Alex Ng, to the defendant Mr. Ng, and to the rest of his family.  (Alex is Mr. Ng's only surviving son, as Mr. Ng's younger son Binnian was killed in a tragic car accident while studying in Canada in 1998; Mr. Ng also has a daughter, Janet.)  We expect that Ms. Sun will deliver in mid-March, and so we respectfully request to adjourn the sentencing to March 23, after the delivery occurs.

# KIRKLAND & ELLIS LLP

Honorable Vernon S. Broderick
January 9, 2018
Page 2


  The other reason for the request is that we are seeking additional letters of support for Mr. Ng from certain persons in China which we believe may be helpful to the Court, and the additional time will allow us hopefully to be able to receive those letters and provide them to the Court in time for sentencing.

  Accordingly, we would respectfully request to adjourn the sentencing to March 23, 2018 at 10:00 am, a date to which the government has consented.  Mr. Ng is extremely appreciative of the Court's consideration of this request.

         Respectfully Submitted,

         KIRKLAND & ELLIS LLP

      By: /s/ Andrew M. Genser
         Andrew M. Genser
         Kirkland & Ellis LLP
         601 Lexington Avenue
         New York, NY 10022


cc:  Counsel of Record (by ECF)