# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022 |  |
|---|---|---|
| Andrew M. Genser<br>To Call Writer Directly:<br>(212) 446-4809<br>andrew.genser@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

January 10, 2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ng Lap Seng*, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

  Pursuant to the Court's August 7, 2017 Order, we write on behalf of Mr. Ng Lap Seng to seek approval for Ms. Ng Mei Cheng to stay in Mr. Ng's apartment for a few months as housekeeper, as the current housekeeper (Ms. Chen Suling) needs to take time off for health issues. Ms. Ng Mei Cheng was a long-time domestic employee of Mr. Ng and mother of Doris Leong, Mr. Ng's god-daughter who currently lives in Mr. Ng's residence. Ms. Ng Mei Cheng is 56 years old and a resident of Macau. She visited Mr. Ng and stayed at his residence in 2016 with the government's approval, without issue. The government has informed us that it has no objection to this request.

  We appreciate the Court's consideration of this request.

               Respectfully Submitted,

               KIRKLAND & ELLIS LLP

         By: /s Andrew M. Genser
             Andrew M. Genser
             Kirkland & Ellis LLP
             601 Lexington Avenue
             New York, NY 10022

cc:  Counsel of Record (by ECF)