# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Andrew M. Genser
To Call Writer Directly:
(212) 446-4809
andrew.genser@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

February 2, 2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ng Lap Seng*, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

Pursuant to the Court's August 7, 2017 Bail Order, we respectfully write on behalf of Mr. Ng Lap Seng to seek approval for Chinese consular officers Mr. Ma Chao and Mr. Zhang Pengxiong to meet with Mr. Ng at his residence under the protocol set forth in the Court's October 25, 2017 Order (Doc No. 674).

Mr. Ma and Mr. Zhang are accredited consular officers from the Consulate General of the People's Republic of China in New York. Mr. Ma visited Mr. Ng in 2017 with the Court's approval without issues. We understand from Mr. Hugh Mo, who has been in contact with the Chinese Consulate, that the consulate has requested a further visit to Mr. Ng. The government has informed us that it has no objection to this request.

We appreciate the Court's consideration of this request.

Respectfully Submitted,

KIRKLAND & ELLIS LLP

By: /s/ Andrew M. Genser
Andrew M. Genser
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

cc:   Counsel of Record (by ECF)