# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

| | 601 Lexington Avenue<br>New York, NY 10022 | |
|---|---|---|
| Andrew M. Genser<br>To Call Writer Directly:<br>(212) 446-4809<br>andrew.genser@kirkland.com | | nile:<br>5-4900 |

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J. 2/2/2018
>
> Mr. Ma Chao and Mr. Zhang Pengxiong are permitted to meet with Defendant Ng at his residence under the protocol set forth in my order of October 25, 2017, (Doc. 674).

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

　　　　　　Re: <u>United States v. Ng Lap Seng</u>, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

　　Pursuant to the Court's August 7, 2017 Bail Order, we respectfully write on behalf of Mr. Ng Lap Seng to seek approval for Chinese consular officers Mr. Ma Chao and Mr. Zhang Pengxiong to meet with Mr. Ng at his residence under the protocol set forth in the Court's October 25, 2017 Order (Doc No. 674).

　　Mr. Ma and Mr. Zhang are accredited consular officers from the Consulate General of the People's Republic of China in New York. Mr. Ma visited Mr. Ng in 2017 with the Court's approval without issues. We understand from Mr. Hugh Mo, who has been in contact with the Chinese Consulate, that the consulate has requested a further visit to Mr. Ng. The government has informed us that it has no objection to this request.

　　We appreciate the Court's consideration of this request.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP

　　　　　　　　　　　　　　By:　/s/ Andrew M. Genser
　　　　　　　　　　　　　　　　　Andrew M. Genser
　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　New York, NY 10022

cc:　　　Counsel of Record (by ECF)