# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Andrew M. Genser
To Call Writer Directly:
(212) 446-4809
andrew.genser@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

February 16, 2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Ng Lap Seng</u>, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

    Pursuant to the Court's August 7, 2017 Order, we write on behalf of Mr. Ng Lap Seng to seek approval for Mrs. Maria Mo (a/k/a Cheung Yin) to visit Mr. Ng's residence. Mrs. Maria Mo is wife of Mr. Hugh Mo, counsel of record for Mr. Ng. We learned from Mr. Mo that Mrs. Mo has served as his legal assistant since 1994 and has been involved in Mr. Ng's case since its inception. As part of Mr. Mo's legal team, Mrs. Mo may from time to time accompany Mr. Mo in visiting Mr. Ng. The government has indicated that it has no objection to this request.

    We appreciate the Court's consideration of this request.

Respectfully Submitted,

KIRKLAND & ELLIS LLP

By: <u>/s Andrew M. Genser</u>
Andrew M. Genser
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

cc:    Counsel of Record (by ECF)