# INDEX OF EXHIBITS

## Support Letters

| Exhibit | Title and Description |
|---|---|
| **Exhibit 1** | Certificate of Translation |
| **Exhibit 2** | Support Letter from Cen Chanyi, resident in Mr. Ng's hometown |
| **Exhibit 3** | Support Letter from Cen Zhaoxiong, former employee of Mr. Ng |
| **Exhibit 4** | Support Letter from Lily Choi, former employee of Mr. Ng |
| **Exhibit 5** | Support Letter from Chow Kam Wing, business partner of Mr. Ng |
| **Exhibit 6** | Support Letter from Fabio Dillman, production and operation manager for South-South News co-owned by Mr. Ng |
| **Exhibit 7** | Support Letter from Guan Dongwen, Mr. Ng's doctor |
| **Exhibit 8** | Support Letter from Guan Muzhen, Mr. Ng's niece and employee |
| **Exhibit 9** | Support Letter from Guan Nengkun, fellow villager of Mr. Ng |
| **Exhibit 10** | Support Letter from Guan Weilin, old acquaintance of Mr. Ng and an executive director for is Sun Kian Ip Group |
| **Exhibit 11** | Support Letter from Guan Xinyuan, community leader from Mr. Ng's hometown |
| **Exhibit 12** | Support Letter from Hu Ying Kui, resident in Mr. Ng's hometown |
| **Exhibit 13** | Support Letter from Kwan Hung Sie, President of the Nanhai Chamber of Commerce in Hong Kong and an old acquaintance of Mr. Ng |
| **Exhibit 14** | Support Letter from Leong Ka I (Doris), Mr. Ng's goddaughter |
| **Exhibit 15** | Support Letter from Liang Siyuan, Mr. Ng's employee |
| **Exhibit 16** | Support Letter from Liang Zhirui, resident in Mr. Ng's hometown |
| **Exhibit 17** | Support Letter from Ma Xiaolong, Mr. Ng's Employee |
| **Exhibit 18** | Support Letter from Meijiang Foundation, a charitable organization and recipient of Mr. Ng's donations |
| **Exhibit 19** | Support Letter from Alex Ng, son of Mr. Ng |
| **Exhibit 20** | Support Letter from Janet Ng, daughter of Mr. Ng |
| **Exhibit 21** | Support Letter from K. N, granddaughter of Mr. Ng |
| **Exhibit 22** | Support Letter from Hermoso Nocom, son-in-law of Mr. Ng |

| | |
|---|---|
| **Exhibit 23** | Support Letter from V. N., granddaughter of Mr. Ng |
| **Exhibit 24** | Support Letter from Pan Jiechu, nephew of Mr. Ng's wife, and his wife Huang Ningling |
| **Exhibit 25** | Support Letter from Pan Nuanhe, wife of Mr. Ng |
| **Exhibit 26** | Support Letter from Mr. Pan Rongdi, elder brother-in-law of Mr. Ng, and his wife Guan Meihua |
| **Exhibit 27** | Support Letter from Pan Shengtai, fellow villager and old friend of Mr. Ng |
| **Exhibit 28** | Support Letter from Pan Yuanju, fellow villager and old neighbor of Mr. Ng |
| **Exhibit 29** | Support Letter from Pan Zhandi, fellow villager of Mr. Ng |
| **Exhibit 30** | Support Letter from Crystal Sun, daughter-in-law of Mr. Ng |
| **Exhibit 31** | Support Letter from She Yanqing, business partner of Mr. Ng |
| **Exhibit 32** | Support Letter from Tse Sum Ping, Candice, Mr. Ng's god-daughter |
| **Exhibit 33** | Support Letter from Ung Pui Kun, fellow-member with Mr. Ng of the Chinese People's Political Consultative Conference |
| **Exhibit 34** | Support Letter from Jorge Neto Valente, Mr. Ng's lawyer and business partner |
| **Exhibit 35** | Support Letter from Wang Zhanhu, a masseur of Mr. Ng |
| **Exhibit 36** | Support Letter from Wong Kwok Kuen, Mr. Ng's employee |
| **Exhibit 37** | Support Letter from Wu Danian, a fellow villager of Mr. Ng |
| **Exhibit 38** | Support Letter from Wu Haolin and Wu Zhuolin, grandnephews of Mr. Ng |
| **Exhibit 39** | Support Letter from Wu Jusheng, Mr. Ng's seventh brother |
| **Exhibit 40** | Support Letter from Wu Li'E, Mr. Ng's eldest sister |
| **Exhibit 41** | Support Letter from Wu Meiqing, Mr. Ng's former employee |
| **Exhibit 42** | Support Letter from Wu Pengsheng, Mr. Ng's eldest brother |
| **Exhibit 43** | Support Letter from Wu Quannian, Mr. Ng's nephew |
| **Exhibit 44** | Support Letter from Wu Rong, recipient of Mr. Ng's charity donations |
| **Exhibit 45** | Support Letter from Wu Yaonian, Mr. Ng's nephew |
| **Exhibit 46** | Support Letter from Wu Zhunian, Mr. Ng's nephew |
| **Exhibit 47** | Letter from Ying-ying, recipient of Mr. Ng's charity donation |

| | |
|---|---|
| **Exhibit 48** | Support Letter from Zeng Xianxuan, distant relative and employee of Mr. Ng |
| **Exhibit 49** | Support Letter from Zheng Xiuli, Mr. Ng's secretary |
| **Exhibit 50** | Support Letter from Zhu Wenquan, manager of the Jiu Jiang dragon boat teams that Mr. Ng sponsored |

## Photos

| | |
|---|---|
| **Exhibit 51** | Photo of Mr. Ng's home village |
| **Exhibit 52** | Photo of the Sun Kian Ip Building of Nanhai Jiujiang Vocational Training School |
| **Exhibit 53** | Photo of the Sun Kian Ip Outpatient Building of Foshan Ninth Hospital |
| **Exhibit 54** | Photo of Mr. Ng meeting a girl he sponsored through Meijiang Foundation in Beijing |
| **Exhibit 55** | Photo of part of Mr. Ng's Buddhist statute collection |
| **Exhibit 56** | Photo of part of Mr. Ng's bronze collection |
| **Exhibit 57** | Photo of Mr. Ng with wife and three children (1998) |
| **Exhibit 58** | Photo of Mr. Ng with siblings |

## Other

| | |
|---|---|
| **Exhibit 59** | List of Mr. Ng's donations |
| **Exhibit 60** | Letter from Yiping Zhou to David Ng dated January 28, 2015 |