EXHIBIT 59

**List of Mr. Ng's Donations[1]**

| No | Recipient | Purpose | Amount | Amount in USD[2] | Year |
|---|---|---|---|---|---|
| 1 | Beijing Meijiang Education Foundation | Help over 10,000 elementary school students from poor families living in remote regions of China get proper breakfast | RMB 13,000,000 | $1,996,315 | 2005-2015 |
| 2 | Ruijin City People's Government | Preservation of cultural relics and historical sites | RMB 10,000,000 | $1,536,098 | 2006 |
| 3 | Guangzhou Traffic Development Management Foundation | Contribute to the construction of pedestrian bridges and sidewalks, and the improvement of existing municipal traffic systems. | HKD 15,000,000 | $1,923,077 | 1993 |
| 4 | Guangdong Province Police Medical Foundation | Provide medical assistance to policeman in Guangdong Province; about 30 policemen lose their lives and 400 get injured each year in Guangdong | HKD 10,000,000 | $1,279,700 | 2007 |
| 5 | Guangzhou Zhenxing Cantonese Opera Foundation | Support promotion of Cantonese Opera | RMB 3,000,000 | $460,801 | 2007 |

---

[1] This is an incomplete list of donations made by Mr. Ng, often through the companies he owned or controlled, to various public interest related causes, for which Kirkland & Ellis assembled documentary evidences. We are aware of donations made to other organizations and causes referenced in the support letters and other materials, but did not include those donations in this list because documentary evidence was not made available to us, some of which may have been lost. The documentary evidence can be produced upon request.

[2] 1 USD ≈ 6.5 RMB ≈ 7.8 HKD ≈ 8.1 MOP

| No | Recipient | Purpose | Amount | Amount in USD[2] | Year |
|---|---|---|---|---|---|
| 6 | Guangdong Luoding City Poverty Reduction Foundation | Support school students living in poverty / Providing financial aid to students in straitened circumstances | RMB 2,500,000 and HKD 2,003,160 | $640,198 | 2009 |
| 7 | Guangdong Nanxiong City Zhujigang World Mr/Ms. Wu's Memorial Building Committee | Support the maintenance and cultural promotion of Zhu Ji Xiang | RMB 500,000 and HKD 1,999,900 | 332,725 | 2008 |
| 8 | Jiujiang Dragon Boat Club, Nanhai District of Foshan City | Support the training and competition fee of the dragon club formed by villagers in the Nanhai area | RMB 27,650,000 and HKD/MOP 3,000,000 | 4,629,838 | 2008-2015 |
| 9 | Charity Association of Jiujiang Town, Nanhai District, Foshan City | Support the expansion of Jiujiang Hospital and the Jiujiang Dragon Boat Race operational costs | HKD 1,000,000, RMB 9,350,000 | 1,565,365 | 2008 |
| 10 | Guangdong Chinese Culture Promotion Association | Donation to the Association which is dedicated to the promotion of Chinese traditional culture | HKD 3,000,000 | 383,897 | 2010 |

| No | Recipient | Purpose | Amount | Amount in USD[2] | Year |
|---|---|---|---|---|---|
| 11 | Guangxi Overseas Chinese Charity Foundation | Donation to overseas elderly Chinese | RMB 120,000 | 18,448 | 2013 2015 |
| 12 | Liaison Office of the Central People's Government in the Macao Special Administrative Region | Donation to support the victims of Sichuan Earthquake, Ya'an Earthquake, Yushu Earthquake and other natural disasters | HKD 3,100,000 and MOP 200,000 | 421,579 | 2005, 2008, 2010, 2013 |
| 13 | The Women's General Association of Macau | Support the reconstruction of the site of the Association and its functions to support women in Macau | HKD 200,000 and MOP 8,000,000 | 1,018,235 | 2008, 2011, 2016 |
| 14 | The Scout Association of Macao | Sponsor the association's operational costs, and purchase scouts training facilities and equipment | HKD 2,000,000 and MOP 500,000 | 318,016 | 2011, 2013 |
| 15 | Kiang Wu Hospital Charitable Association | Support the expansion of the hospital and purchase of medical devices and donate free medical services to poor residents | HKD 4,000,000 | 512,820 | 2006, 2013 |
| 16 | Macao Red Cross | Donations to the victims of natural disasters | HKD 1,000,000 | 127,992 | 2013 |
| 17 | Macao Hou Kong Middle School | Donate to the school for new constructions | MOP 1,000,000 | 124,083 | 2011 |

3

| No | Recipient | Purpose | Amount | Amount in USD[2] | Year |
|---|---|---|---|---|---|
| 18 | Macau Tung Sin Tong Charitable Society | Help building the memorial building of the president of the Charitable Society | HKD 2,000,000 | 255,984 | 2012 |
| 19 | Charity Fund From the Readers of Macao Daily News | Support the organization for charitable activities and events | MOP 1,900,000 | 235,754 | 2007, 2008, 2009, 2013 |
| 20 | Macao Federation of Trade Unions | Sponsor the federation of trade unions in Macau for constructing a new building and purchasing facilities | HKD 5,125,000 + MOP 300,000 | 693,172 | 2012, 2014 |
| 21 | Sports Committee of the Macao Federation of Trade Unions | Sponsor the football match for local youth | MOP 45,000 | 5,584 | 2015 |
| 22 | Macao Advanced Education Personnel Exchange Association | Support the organization that promotes the exchange between Macao and other places on advanced education | HKD 2,000,000 | 255,984 | 2013 |
| 23 | Macao Youth Federation | Support the organization that is dedicated to the unity of young people and cultural exchange with people from other places | HKD 1,000,000 and MOP 250,000 | 159,010 | 2008, 2015 |
| 24 | Macau Responsible Gaming Association | Sponsor the activities of the Association which helps to prevent unhealthy gambling and reduce negative externalities of gambling | HKD 100,000 | $12,798 | |

| No | Recipient | Purpose | Amount | Amount in USD[2] | Year |
|---|---|---|---|---|---|
| 25 | Macao Nanhai Jiujiang Fellow Association | Support the Association to provide scholarships for students and assistances to elderlies, and for the association's events | HKD 1,900,000 and MOP 540,000 | $310,141 | 2008, 2009, 2012-2014 |
| 26 | Macao Nanhai Fellow Association | Support the elderly people from Nanhai area of China | HKD 900,000 and MOP 16,000 | $117,149 | 2005, 2006, 2008, 2009, 2012, 2013 |
| 27 | China Space Foundation | Support the aerospace research and education in China | MOP 500,000 | $62,027 | Around 2007-2008 |
| 28 | Macao Special Olympics World Games | Provide funding relating to the 2015 LA Special Olympics World Games | MOP 20,000 | $2,481 | 2015 |
| 29 | Chinese Art News Limited Company | Support the media company which is dedicated to the promotion of fine arts in China | MOP 400,000 | $49,621 | 2014, 2015 |
| 30 | Macau Lotus TV Media Via Satélite, Limitada | Sponsor the singing contest for student singers in Macau | MOP 20,000 | $2,481 | 2016 |
| 31 | China Macau General Association of Sports Federation | Sponsor the 2012 - 2015 sports annual meetings, the establishment of the youth department within the Association and the 2015 national day dinner | HKD 200,000 and MOP 335,000 | $67,150 | 2012 - 2015 |

5

| No | Recipient | Purpose | Amount | Amount in USD[2] | Year |
|---|---|---|---|---|---|
| 32 | Chinese Folk Art Promotion Association | Sponsor the Association which is dedicated to promoting Chinese folk art | MOP 100,000 | $12,405 | |
| 33 | Global Tourism Economy Research Centre | Sponsor a Global Tourism Economy Forum | HKD 280,000 | $80,769 | 2012, 2014 |
| 34 | Yongshan Lianyuan Reconstruction Association | Support the reconstruction of a Buddhist temple | HKD 200,000 | $25,641 | 2012 |
| 35 | Macao Lingfeng Charity Association | Donation for the distribution of free rice to the poor | HKD 200,000 | $25,641 | 2012 |
| 36 | Asia Institute for Strategic Management Studies | Sponsor a forum hosted by the Institute in 2012 | HKD 100,000 | $12,798 | 2012 |
| 37 | China Overseas Friendship Association in Macao | Donation for supporting the victims of natural disasters | HKD 500,000 | $64,103 | 2010 |
| 38 | Associação de Beneficência Quatro Pagodes Coloane | Sponsor the charity organization's activities | MOP 10,000 | $1,240 | 2016 |
| 39 | Macau Liver Protection Society | Sponsor the 2010 liver-protection charity dinner | MOP 100,000 | $12,405 | 2010 |

KE 52331476.1

| No | Recipient | Purpose | Amount | Amount in USD[2] | Year |
|---|---|---|---|---|---|
| 40 | Football Club of Macau Civil Aviation | Support disadvantaged group in China through a charity event hosted by the Club | MOP 10,000 | $1,240 | |
| 41 | Shunde Xingtan Natives Association of Macau | Sponsor the Association which is dedicated to the well-being of fellows from Xingtan area of China | MOP 100,000 | $12,405 | 2013 |
| 42 | Charity Association Macao Kuong Chai | Donation to the students living in poverty in Guangxi, China | HKD 310,820 | $39,764 | 2015, 2016 |
| 43 | Macau International Houkong Volunteer Association | Sponsor the activities of the Association which is dedicated to the volunteer work | HKD 50,000 and MOP 50,000 | $12,598 | 2012 |
| 44 | Macao Strings Association | Sponsor the inaugural ceremony of the supervisors of the Association for strings music | HKD 100,000 | $12,798 | 2012 |
| 45 | Macao General Association of Martial Arts | Donation to the victims of the Yushu Earthquake | MOP 100,000 | $12,405 | 2010 |
| 46 | Macao Youth Artistic Ability Volunteer Association | Sponsor the activities of the Association which is dedicated to the promotion of youth's potential and character | MOP 100,000 | $12,405 | |

7

| No | Recipient | Purpose | Amount | Amount in USD[2] | Year |
|---|---|---|---|---|---|
| 47 | União Geral das Associações dos Moradores de Macao | Sponsor the community service organization's construction of a multi-purpose community service building | MOP 1,000,000 | $124,083 | 2005 |
| 48 | Overseas Chinese Association Macau | Sponsor the ceremony of the national day holiday which aimed at promoting the wellbeing of the returned overseas Chinese | MOP 20,000 | $2,480 | 2006 |
| 49 | All-China Federation of Returned Overseas Chinese | Donation to the construction of Overseas Chinese History Museum of China | HKD 500,000 | $64,103 | 2007 |
| 50 | Macao Construction Industry General Union | Sponsor the trade union dedicated to protecting the welfare of workers in the construction industry of Macau | MOP 500,000 | $62,027 | 2008 |
| 51 | Buddhist Association of Macao | Sponsor the activities and events held by the Association | MOP 100,000 and HKD 400,000 | $63,589 | 2005 |
| 52 | Jin Jiang Clans Association Macau | Sponsor the 20th anniversary of the Association which is dedicated to the wellbeing of the fellows from Jinjiang area of China | HKD 500,000 | $64,103 | 2007 |
| 53 | Macao Foshan Chancheng Fellow Association | Sponsor the galas of the association which is dedicated to the wellbeing of the fellows, especially the elderly people from Chancheng area of China | MOP 20,000 | $2,480 | 2006 |

| No | Recipient | Purpose | Amount | Amount in USD[2] | Year |
|---|---|---|---|---|---|
| 54 | Macao Zhongshan Fellow Association | Sponsor the Association which is dedicated to the wellbeing of fellows from Zhongshan area of China | MOP 50,000 | $6,201 | 2006 |
| 55 | International Federation for Latin American and Caribbean Studies | Sponsor the 13th Conference of the organization, which promotes Latin America and Caribbean studies | MOP 100,000 | $12,405 | 2007 |
| 56 | Macau Economic Association | Sponsor the Association which is dedicated to the research on economic and social development in Macau | MOP 20,000 | $2,480 | 2006 |
| 57 | Macao Xiqiao Fellow Association | Sponsor the activities of the Association which is dedicated to the social welfare of the fellows from Xiqiao area of China | HKD 100,000 | $12,798 | 2009 |
| 58 | Macao Nanhai Pingzhou Fellow Association | Sponsor the activities of the Association which is dedicated to the social welfare of the fellows from Pingzhou area of China | HKD 100,000 | $12,798 | 2009 |
| 59 | Macao Nanhai Shatou Fellow Association | Sponsor the conference fee of the Association which is dedicated to the caring for fellows from Shatou area of China | HKD 100,000 | $12,798 | 2009 |
| 60 | Macao Tea Art Association | Sponsor the Association which is dedicated to the promotion of tea art in Macao | HKD 100,000 | $12,798 | 2009 |

| No | Recipient | Purpose | Amount | Amount in USD[2] | Year |
|---|---|---|---|---|---|
| 61 | Macau Association of Ocean Fishing Development and Shipowners | Sponsor the Association which is dedicated to the protection of fishermen | HKD 50,000 | $6,399 | 2009 |
| 62 | Children Uniting Nations Inc. | Support the organization that was created to bring attention to the plight of at-risk and foster youth. | $2,000,000 USD | $2,000,000 | 2007, 2008 |
| | Total Amount | | | **$ 22,273,810** | |

10