```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #: _____
------------------------------------------------X   DATE FILED: 5/9/2018
                                                :
UNITED STATES OF AMERICA,                       :
                                                :
                                                :
            v.                                  :   S5 15 Cr. 706 (VSB)
                                                :
                                                :          ORDER
NG LAP SENG, et al.,                            :
                                                :
                                                :
------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On September 26, 2017, Defendant Ng Lap Seng ("Defendant" or "Ng") filed a motion for a new trial under Rule 33 of the Federal Rules of Criminal Procedure. (Doc. 653.) Ng also requested that I direct the Government to conduct an independent investigation into Defendant Francis Lorenzo's ("Lorenzo") alleged perjury during trial, or in the alternative, to permit Ng to issue a defense subpoena under Rule 17 of the Federal Rules of Criminal Procedure. (*Id.*) Ng has not established a basis for a new trial or for me to direct the Government to conduct an investigation into Lorenzo's alleged perjury or authorize a defense subpoena. Accordingly, Ng's motion is DENIED.

An Opinion and Order explaining my decision has been filed under seal because it relies upon material that has been filed under seal. A copy has also been sent to counsel by email. By May 16, 2018, the parties shall provide the Court with proposed redactions to the Opinion and Order, if any. I will consider the parties' proposed redactions and will file a redacted version of the Opinion and Order on the public docket.

The Clerk of Court is respectfully directed to terminate the pending motion. (Doc. 653.)

SO ORDERED.

Dated: May 9, 2018
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge