# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Andrew M. Genser
To Call Writer Directly:
(212) 446-4809
andrew.genser@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 5/10/2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Ng Lap Seng</u>, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

Defendant Ng Lap Seng respectfully requests permission for the following visitor to his apartment:

Mr. Yongjin Liao.  Mr. Liao 36 years old and holds Macau passport. He is Mr. Ng's godson. He will visit Mr. Ng before the sentencing hearing scheduled on May 11, 2018.

We apologize for the array of requests recently but this is the last one. Under the revised conditions, the defendant has sought approval from the government regarding this visitor, and the government has recently given its consent.

Respectfully Submitted,

KIRKLAND & ELLIS LLP

By:  /s Andrew M. Genser
Andrew M. Genser
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**KIRKLAND & ELLIS LLP**

Honorable Vernon S. Broderick
May 9, 2018
Page 2

cc:	Counsel of Record (by ECF)

                                              SO ORDERED

                                            _____

                                            Hon. Vernon S. Broderick
                                            United States District Court
                                            Southern District of New York