Hon. Vernon Broderick

United States District Judge

Thurgood Marshall United States Courthouse

40 Foley Square, New York, NY 10007 U.S.A.

cc.   Andrew M. Genser
      Kirkland    & Ellis LLp
      601 Lexington Avenue
      New York, N. Y. 10022
      E/m:agenser@kirkland.com

Respected Judge Hon. Vernon Broderick:

First, I would like to show the highest respect for the distinguished legal qualities, rich case experiences and the fair and upright trial style of your honor based on the close relationship of brotherhood between the Defendant, Ng Lap Seng (hereinafter referred to as Ng), and I for nearly half a century, as the chairman for six social organizations, including Chinese Culture & Economic Association, Straits Economic & Cultural Interchange Association, Charter for Permanent Peace and Development, Chinese International Rehabilitation of Cancer Association, Chinese International Economic and Cultural Advancement Society, and Chinese Club Association, and on behalf of over 1.5 million members and the different industries in Taiwan.

Secondly, I would like to address our most sincere apology to your honor for the unfair and mishandled accusations and the prosecution of unbelievable charges on Ng as pressed by the prosecutors, adding work for the case trial lasting over two years on behalf of the family members, relatives and friends of Ng.

At the same time, I would like to address the great achievement and the democratic spirit in the protection of human rights by the United States of America in terms of political democracy, social diversity, economic internationalization, economic liberalization, and justice fairness. The United States of America serves as the best paradigm for learning by countries worldwide and it is the most respected country in the international communities. Particularly the aggression and immense contributions from the United States in the excellent leadership among countries worldwide in the progress toward equality of freedom, democratic rights, progress prosperity, and stability all reveal the United States' merits with highest respect in the world, society and human.

Additionally, to prove the difficult and touching growing course of Ng, his decency and trustworthiness, abiding by law without greediness, full commitment in hard work, establishing business from scratch, enthusiasm in social welfare, and genuine intent to help developing countries in South-South Cooperation by building the "Conference Center for South-South Cooperation" for UN for free, and the non-profit intent in designing the peripheral projects, and the absence of illegal conducts, this long letter is hereby provided with details on the following important facts and description of evidence for the false allegations by the prosecutors and alleged facts, with enclosure of various direct evidence and citations for support to prove the innocence of Ng. I hereby sincerely request your honor to take time to read, consider and investigate on the details in order to clarify the false allegations of Ng and therefore maintain the fairness and reputation of American justice.

Thirdly, I would like to make the following statement for Defendant Ng from the

stance of a 76-year-old individual:

1. Ng was born in a family of poverty level 1 and very poor rural village in Jiujiang Town, Nanhai City of Guangdong Province in China on June 26, 1948. However he is a very king in nature who has been very considerate since childhood and honored his parents. Ng is known for being sincere, devoted and behaved, who was highly praised by village people. At the age of 5, he recycled garbage to make petty money for his mother to buy food and sometimes he would help the neighbor in exchange of rice which he gave to his mother to cook for the family. Starting at 6 years old, he started selling popsicles and miscellaneous work to make meager income for subsidizing family livelihood. After he was enrolled in elementary school at 7 years old, he also worked part-time to help maintain family life and pay for tuition, completing his academic work through part-time jobs. He decided not to pursue advanced study after graduation but to focus on working and learn business in order to take responsibility of family life. He then started out as fish catching and selling, followed by engaging in agricultural work for other people and becoming a disciple a cloth making factory. He was profoundly recognized and valued by the owner due to his serious attitude in work, frugal performancè and his devotion of giving all money earned to his mother. He was then promoted as a manager and supervisor for factory affairs with raise in salary. He got married when he was 28 years old, encouraged his wife, Nuan-He Pan, to determine to start his own business so to provide good living for his mother at late age. He wanted to provide happiness for his wife and children in addition to make his family proud of him. When he was 31 years in 1979, he took years of wealth accumulated and exchanged into 100 Hong Kong Dollars to foreign and pragmatic Macao where he had no relatives and foreign immigrants were discriminated. He has been saving money and frugal on his food and daily needs by living on the street every night. He has visited all over Macao and looking for a job carefully after more than one month. He gave many thoughts to the future and chose to become a salesman for fabric and detail clothing. To make more money and provide stable life for his family, he strived to ask for supply from the retailer by credit but failed, so he had to use everything he had and started selling fabric and clothes, in addition to develop business through selling on the street in different locations. He then developed from a retail booth seller into an intermediary retailer in addition to building a very solid foundation for his own business. The two years from 1979 to 1980 were the period for Ng to attain small achievement in business and also the biggest turning point for him to progress toward the path of success in life.

When Ng turned 33 years old in 1981, he already developed from intermediary retailer into his first business, "Sun Kian Shop," where he imported cloth from Taiwan, Hong Kong and South Korea and directly sold to the apparel industry and fabric market in Macao and China. Since Ng was a patriot who supported the revolution in business liberation with profound vision, he profoundly realized and controlled the big trend in the revolution and liberation in China. Once he has attained some achievement, the first thing came to his mind was to take the money earned and invested in China. He then founded a small cloth making factory in Zhuhai City, Guangdong Province, importing the fabric from his "Sun Kian Shop" for self-production and sales to the domestic and international market. As of 1988, his business evolved into a medium-level enterprise due to his diligent management, abundant achievement and annual surplus. At the age

of 41 years old in 1989, Ng started investing in real estate in Macao and received impressive wealth, where he started investing in a diversity of corporate fields and acquired the concept of international perspective. Ng resolved to project his business with objectives in international and macro development.

At 44 years old in 1992, not only did he invested in a diversity of business in Macao, covering trade, apparel, real estate, hotels, catering, and tourism projects, but he also took most of the funds back to China, investing heavily in real estate in Guangdong, Shanghai and Sichuan. He also invested in multiple restaurants in Beijing and Guangdong. Between 1992 and the first half year of 1993, his business development reached the peak, so he continued to expand his business or developed in investment projects with some of his money earned each year and contribute to charity benefits with some other money.

When he turned 48 years old in 1996, Ng purchased the land from the most prosperous section adjacent to the Lisboa Casino in Macao. He built a 23-floor modern smart "Sun Kian Commercial Center" building and established the "Sun Kian IP Group" on 19th floor. He collectively supervised and managed over 30 billion Hong Kong Dollars under the group with over 36 wholly-owned subsidiaries distributed in Taiwan, Hong Kong, Macao, Beijing, Shanghai, Sichuan, Guangdong, and overseas as well as the operation of 79 affiliated enterprises of different nature in joint venture, joint management and joint operations.

Ng has experienced some rough time from the course of life since childhood, adolescences to adults, who has tasted bitterness in life and endured hardship before a solid foundation for his business at mid-age. Nonetheless the reason Ng has become a greater entrepreneur is because of his dedication on concepts of "diligence and simplicity, treating people with sincerity, compliance with the law, legitimate management, strict maintenance of reputation, and stable development" and the aspiration of "founding in Macao, looking ahead in China, stepping to the world, and projecting to the future." Moreover, his determination in "developing Sun Kian, giving feedback to the society and serving the country" led to his glamor and thriving prospects in business today. After Ng has succeeded in business development, he has upheld to the philosophy of return based on "taking from the society and giving back to the society" and "commitment in giving feedback to the society and benefiting the people" by building infrastructure for his hometown, establishing schools, sponsoring students in poverty with scholarship, cultivating talents, financing families in poverty, assisting the government in resolving uncompleted, suspended building projects, and building tourism zones. To revitalize the economy for Macao, the Group built elevated cross-bridge, funded public infrastructure, and cultural and art development. The group also sponsored and helped the poverty in China and international communities by adopting over thousands of children in poverty, helping rural areas with school building, relieving the disaster, donating to education, culture, art, transportation, and people with disabilities through charity funds, proposing suggestions for evolution to the government, funding the Caribbean and countries in Latin America through economic development and infrastructure, as well sponsoring me in the leadership of association to promote the cultural exchange and trade cooperation between Taiwan and China, establishing good interactive relation and the foundation of peach development. The group has dedicated much time, efforts and massive funds in maintaining the prosperity of international societies and the peace and stability of the world

through active and enormous contributions.

With regards to his interpersonal relation, he is always thoughtful for other people, his hometown, Macao, country and the world. He is the only who always makes dedication without taking advantages of others when interacting with others. He is more a giver than receiver. In personal life, he is frugal but gives more to other people but retains little for himself.

He projects to tomorrow and the future rather than what lies in front. In the example of chess, the average people only project one or two steps ahead of time but he can projects to four to five steps. For example, he values agriculture and believes in "food is the necessity of people," so he insists not to build building on cultivation land while every investment and construction of his puts the overall interests of the State and the nation in priority. For this reason, he is able to stand tall and see far in every incidence, who can endure the test of history and practice. As long it is in favor of the development of Macao, China and international communities, he would make the meaning choice and does not care about his loss or gains, similarly to his intent to help the United Nations and South-South development countries in building the "Conference Centre for South – South Cooperation" in Macao for free. Clearly there was no favor for him but he believed that the "meaning" was greater than "interest" and so he was willing to make the sacrifice and dedication. Based on limited cultural level, he endured hardship and disciplines with accumulation of rich experience- he is a successful entrepreneur who gives feedback with proceeds from business to the society and affirms loyalty to his country. He is not only a trustworthy entrepreneur but also a philanthropist with merits. Moreover, he is a strategist with vision and admiring patriot of nobility. He is also a person merits the trust, affirmation and encouragement from your honor.

2. Political position of Ng: Ng is a member of the National Committee of the Chinese People's Political Consultative Conference due to his excellence in performance, how has made aggressive and important contributions to the local cities, provincial societies, State, societies, and the people. Consequently he was able to be promoted from the election of municipal committee member into the provincial committee member and even the appointment and re-election of National Committee member for many sessions. Such promotion could not have been invented or lobbied by money.

3. I would like to prove that Ng built the "Conference Center for South-South Cooperation" in Macao for the United Nations and the countries in South-South Development for free based on good intent, which is used as the permanent address for "Global South-South Development Expo" and the venues for other UN meetings, forums and activities, in order to facilitate the alliance and interaction and the cooperation development between South-South Development countries. He once told me about his idea and I agreed with him. I also told him that the global development there are 43 developed countries worldwide, including the United States, Canada, Japan, Taiwan, South Korea, and Europe. The majority of developing countries are in the Southern Hemisphere and south of Northern Hemisphere. In particular, major developing countries such as China, Brazil, Russia, India, and South Africa and the 72 secondary developing countries all need cooperation and development in teamwork urgently. It is absolutely an important and profoundly significant event to care and help the United Nations and the 77 developing countries by building the

"Conference Centre for South–South Cooperation" in Macao for free. I encouraged him to complete the project early and I also believe that the United Nations and South-South Development countries, and even the United States, would regard the project as a beneficial project and will fully support the project. In fact, the 77 country groups in "South-South Cooperation" have developed national economy and unfold special economic cooperation to break away from the control of developed countries since 1960, which is abbreviated as SSC. Over the last half century, due to the limited fiscal budget from the United Nations, the relevant international organization and institution for "SSC" has not been established but only the establishment of "Senior Committee of South-South Cooperation" and the "South-South Cooperation Unit" established on December 4, 1974 as the secretary office for "Senior Committee of South-South Cooperation" and the coordination and core institution for UN SSC system. There is no fixed premise for the "Senior Committee of South-South Cooperation" of United Nations or premise for "Conference Centre for South–South Cooperation" and "Global South-South Development Expo." The first meeting of "Senior Committee of South-South Cooperation" held by the United Nations in 1995 and the first "Global South-South Development Expo" in 2008 has become the key mechanism in promoting South-South Cooperation and is the key platform to the cooperation and exchange between the 77 developing countries and other fields. The UN "South-South Cooperation" requires the tolerance from "public and private management partnership" and "funding by non-government development behavior bodies," governments worldwide, and the participation by private sectors, civil social and academic institutions. Indian companies have participated in the "South-South Cooperation Meeting" campaign, as shown in the evidence (refer to Appendix 1). This not only proves that the UN "SSC" needs the corporate help from Ng in the building of premises for "Conference Centre for South – South Cooperation" and "South-South Development Expo" in Macao for free but also suggests that Ng can righteously participate in the various campaigns of "South-South Cooperation." This also uncovers the false accusation made by the prosecutors of the case that individuals may not participate in "South-South Cooperation" meetings and the needs to utilize and bribe two diplomats in attempt to build "Conference Centre for South – South Cooperation" for the achievement of one's purpose in "both fame and fortune." Ng's efforts in the establishment in Macao, the special district of China in attempt to promote the development in SSC countries through developing country and the permanent member of the United National Security Council-China highlights the importance and necessary.   Namely, leaders of the five major developing countries from the BRICS, including China, Russia, India, Brazil, and South Africa plus the leaders from five specially invited countries, including Egypt, New Guinea, Mexico, Tajik, and Thailand participated in the meeting jointly held in Xiamen, China between September 3 and September 5, 2017. The purpose of the meeting was to intensify the dialogue and cooperation between BRICS, other emerging markets and "developing countries," thereby promote the establishment or more extensive partnership and advocating for the development and prosperity in greater scope. Moreover, SSC countries and emerging markets negotiated for the cooperation. Chinese President Xi Jinping specifically stressed in his speech that China will promote the "dialogue between SSC and the northwest" by gathering the group powers of different countries and take challenge jointly in the risks, in

addition to announcing the USD500 million offered by China in "assisting SSC countries" (refer to Appendix 2). It is evidential that the building of "Conference Centre for South – South Cooperation" in Macao was indeed important and necessary. Additionally, countries such as the United States also works for the establishment of United Nations Headquarters and United Nations International Children's Emergency Fund (UNICEF) in New York while the International Monetary Fund (IMF) and World Bank Group (WBG) are also established in Washington. International Labor Organization (ILO), International Telecommunication Union (ITU), World Health Organization (WHO), World Intelligent Property Organization (WIPO), World Meteorological Organization (WMO), and Universal Postal Union (UPU) are also established in Geneva, Switzerland. Food and Agriculture Organization of the United Nations (FAO), International Fund for Agricultural Development (IFAD), and World Food Programme are established in Rome, Italy. International Civil Aviation Organization (ICAO) is set up in Canada. International Atomic Energy Agency (IAEA) and United Nations Industrial Development Organization are established in Wien, Austria. International Maritime Organization (IMO) is set up in London, England. United Nations Educational, Scientific and Cultural Organization (UNESCO) are set up in Paris. World Tourism Organization is set up in Madrid, Spain (refer to Appendix 3). The establishment of locations for these UN peripheral organizations all requires the negotiation or striving by UN or local countries as well as the recognition and support from member states. These all require the use of social relation or so-called official conducts for realization, which should not regard good deeds as bad deeds or deem the negotiation and conduct course as violation to the law. Moreover, no national prosecutors would regard these efforts and official conducts for the establishment of organizations as criminal acts. Namely the announcement of assistance in the amount of USD500 million made by the Chinese president, Xi Jinping for "South-South Cooperation Countries" should not be treated as "official conduct" or "bribery" or in violation of "Foreign Corrupt Practices Act (FCPA)." Under the same reason, the willingness of Ng building the "Conference Centre for South–South Cooperation" in Macao for United Nations and SSC countries for free is one significant event merits encouragement and praises. The United States is the world's most advanced and liberal democratic country and should show more support and encouragement for the good intention and pioneering work of Ng. The prosecutors of the case should not treat good people as bad people while charging Ng with six crimes in the written indictment without substantive evidence, as some charge could be sentenced for as high as 65 years imprisonment, which seems to put death penalty on him and that is simply an unjust and unfair prosecution.     This is cruel and not only makes it difficult for people to agree and even upsets God. Accordingly, I would like to request your honor, the kind and impartial judge, to declare Ng as non-guilty and clarify his innocence.

4. Ng's intent to help the United Nations and SSC countries by building "Conference Centre for South–South Cooperation" in Macao and the peripheral projects for free is non-profit seeking and unnecessary to conspire in bribery or engage in bribery, or engage in conducts violating Foreign Corrupt Practices Act (FCPA). From new media, I have observed the prosecutors, in the absence of substantive evidence, accused Ng of bribing two UN diplomats under former UN Chairman

John Ashe multiple times between 2010 and October of 2015 in attempt to acquire UN's support for building "Conference Centre for South–South Cooperation" in Macao and speculated Ng's real intent was to further build the center into a "Asia Geneva" for attracting thousands of visitors for visiting and spending each year, thereby accomplishing his purpose of fame and fortune. The attorney of prosecutors also accused Ng with the same proposals in addition to stressing Ng as a "rich man who wants more wealth." I deeply regret such speculation without evidence and accusation in violation of laws requiring evidence. Enclosed is the evidence from page 5 and page 10 of the official information in "Macao Special Administrative Region of The People's R.O.C." and the news media from Taiwan on 5th of this month (refer to Appendix 4) for the statement. The files show that the average per capita consumption for tourists to Macao in 2016 (referring to the average consumption amount for non-overnight stay) is 1,701Macau Pataca, equivalent to USD220 (which close to the per capita consumption for Chinese customers visiting Taiwan). I have applied the highest per capital consumption of 2,681 Macau Pataca staying overnight in Macao, equivalent to USD345 in the calculation of average 3-day consumption per 10,000 people in one year, which yields to USD10.35 million. However such amount includes the cost of merchants consumed, sales administration fees, shop rental and taxes, which at least account for 30% and namely USD3.1 million. Consequently the annual operating income is only USD7.25 million. The amount of investment in building· "Conference Centre for South–South Cooperation" for free alone is USD1 billion and takes 138 years to justify for the amount of investment in "Conference Centre for South–South Cooperation." Moreover, the peripheral projects of "Conference Centre for South–South Cooperation," including the exhibition, culture, UN ambassador club, luxury hotels, personal mansion buildings, elevated airports, shopping centers, piers, and infrastructure such as sea reclamation requires few billions of investment. Based on the total amount of investment in USD3 billion and calculation from the aforementioned annual income, it takes 414 years for the return on cost. Hence, how can Ng gain fame and fortune from becoming the "Asia Geneva?" It is an information era now and the prosecutors can easily check the per tourist capita consumption from Macau and other countries online with convenience, in order to get insight if "Conference Centre for South – South Cooperation" and the peripheral projects can constitute "Asia Geneva" and gains in fame and fortune. Secondly, the prosecutors can also investigate closely if the establishment of United Nations Headquarters and other three international organizations in New York and Washington has brought business opportunities for the United States. None whatsoever. The premises of other international organizations naturally could not bring any profits for the countries. "Conference Centre for South – South Cooperation" surely could not bring business opportunity for Ng. Ng owns 38 casinos in Macao and each casino site comes with luxury high-end hotels, boutique hotels and restaurants. Moreover, there are 107 hotels and apartments rented to tourists (refer to Appendix 5) while 80-90% of tourists visit Macao for gambling and hence the tax from Macao's casino revenue accounts for as high as 82.4% of the aggregate government fiscal revenue (refer to Appendix 6). So far, the customers spending on the projects of "Conference Centre for South – South Cooperation" are very little and is impossible to make money, gain fame and fortune, and become the "Asia Geneva." The prosecutors arbitrarily judge, accuse

and press charge against Ng with six crimes without profound investigation, which is too hasty and negligent of human life, while violating the fairness of American justice, humanity and the symbol of protecting human rights. In fact, Ng is very smart and clearly knows that this is a project that could not recover the return in 30 years. However the project will help with the development in Macao and promote the cooperation with SSC countries. The significance of the project is greater than the fame and fortune. His personality will only drive him to choose the "significance" in favor of Macao, China and SSC countries rather than his own "fame and fortune." This is the admiring and respectful personality and spirit of Ng. Based on the circumstances above, Ng will be unlikely, would not and should not have to conspire in bribery, engage in bribery or violate the Foreign Corrupt Practices Act (FCPA) of the United States for such sacrifice and dedicated projects. I would like to request your honor to investigate on this point and declare Ng as non-guilty for his innocence and justice.

5. As a corporate figure, particularly renowned corporate figure, it is necessary for oneself or through third-party to establishment relations with the government through proper and legitimate approaches in order to develop his/her business. or understand government related policies and strive for preferential treatment. It is also necessary to cooperate or support the country in certain development policies, or understand for investment or strive for preferential policies, or other necessary negotiation issues, to passively or voluntarily meet, discuss or promote with government officers, sectoral directors, and even country president through third-party relation, which are considered proper conducts. Even the payment of transportation and traveling fees for third party or sponsoring of others are normal and proper conducts. Hence, the prosecutors of the case accused former United States Democratic Public Senator, Jesse Jackson Jr. of borrowing money from Ng without repayment without a proper cause but did not introduce for Ng. Even the introduction of American government officers and businessmen would be true and proper conducts. The prosecutors should not take it as evidence nor use it as the basis of six crimes accused to Ng as "new evidence." Namely the American President Trump led Vice President Mike Pence, Speaker of the United States House of Representatives Paul Ryan, the three highest American leaders, White House Chief of Staff Reince Priebus, White House senior adviser Jared Kushner, and Wisconsin State Governor Scott Walker to publicly announce the investment by great Taiwan entrepreneur, Terry Tai-Ming Kuo Chairman of Hon Hai Foxconn Technology Group, at the east wing of White House of the United States on July 26, 2017, to build world's LCD plant in the amount of USD10 billion in Wisconsin State within 4 years before the investors signed the Memorandum of Understanding (MOU) with the state governor. This will break the biggest Greenfield Investment by foreign investment in the history of America. President Trump also addressed "Terry Kuo" with praises as the

friend, greatest business in the world, and the greatest entrepreneur in the world" in his speech. President Trump also emphasized that "Terry Kuo wouldn't have invested USD10 billion in the United States if Trump has won the election." Governor Scott Walker also announced earlier that Wisconsin State Government will provide at least approximately USD3 billion as incentives in tax credit in 5 years. Terry Kuo responded in the press conference to provide 3,000 new work opportunities for Wisconsin State and is projected to link to 13,000 vacancies in job opportunities. The above press conference and incentives of USD3 billion

provided by Wisconsin State are all shocking news to the international communities (refer to Appendix 7). For the circumstances mentioned above, doubts and controversies arose from all industries in the United States, where human resource expert, internet engineer and computer professor Jay Bayne suspected that Wisconsin could not could not offer proper talents and would lead to shortage in human resource and trigger the rise of salary in the stat. Moreover, Hon Hai Foxconn Technology Group will largely deploy robots and could not create so many work opportunities as promised (refer to Appendix 8). According to the report from U.S. media, White House Chief of Staff Reince Priebus revealed that the reason that Foxconn chose Wisconsin State Kenosha County for setting up the plant is a recommendation by President Trump because Wisconsin State is the winning election prescient for President Trump and also the place where White House Chief Reince Priebus went to high school, as well as the election prescient for Speaker of the United States House of Representatives Paul Ryan, who is also a Republican Party member as State Governor Scott Walker (refer to Appendix 9). According to "New York Times," the incentives offered by Wisconsin State to Foxconn is irrational because the cost of tax cut is too high and in view of the tax subsidy of the project, every taxpayer would have to pay for USD15,000 per job every year (refer to Appendix 10). University of Notre Dame du Lac Professor Joseph Holt proposed four questions, including the records of multiple investment committed by Foxconn have failed in delivery. In 2013, Foxconn declared to build the high-tech plant in Pennsylvania State in the investment amount of USD30 million but the project was undelivered. In 2014, Foxconn declared to invest in USD1 billion in Indonesia but the project was also failed in delivery. He said that "the records of Foxconn failing in delivery was not assuring and is suspicious of really caring about the commitment made or is simply the check for employment issued." He also suspected that Wisconsin State Senators and some public putting attention to this project are concerned that the State Government has given too many incentives in order to attract Foxconn, which is unproportioned to the long-term benefits to the State citizens. The only beneficiary is State Governor Walker who will run for re-election next year but is currently falls behind in polls. Moreover, the work amount committed by Foxconn is filled with uncertainty. As for work guarantee, Foxconn has replaced 60,000 employees with robots and how long can the 13,000 works which Terry Kuo promised to offer last? Regarding salary, State Governor Walk claimed that Foxconn offers a total of approximately USD54,000 each year with welfare withheld. However according to the data released by United States Census Bureau, the means of Wisconsin State citizens' income in 2015 was USD55,638. The salary proposed by Foxconn has not exceeded this figure (refer to Appendix 11). Speaker of the United States House of Representatives Paul Ryan expressed to Fox 6 TV channel that he advocated for the local state senators to agree with the incentive measures proposed by State Governor Walker (refer to Appendix 12). There was mixed noises in Wisconsin State Senate. According to the analysis report from the State Legislature Financial Bureau, the incentive project will not be able to break even in at least 25 years. Wisconsin State Legislature Republican Party Leader Scott Fitzgerald reminded State Governor Walker during the meeting: We should prudently and question if "this project is a good deal for the taxpayers of Wisconsin State" while the evaluation of the investment return is also difficult (refer to Appendix 13). Wisconsin State Republican Party Senator

Amanda Stuck questioned the follows: "Why are we extorted by USD3 billion?" (refer to Appendix 14). Former Chongqing City Mayor of China and current National People's Congress of the People's Republic of China Financial Committee Deputy Chairman Chi-Fang Huang exposed the following statement: "Terry Kuo has proposed an investment project in the amount of more than 40 billion RMB (approximately USD7.5 billion) to him, asking Chongqing City Government to pay while Kuo would buy back in 3 years with accrued interests of 8 billion RMB (USD1.33 billion). However he refused (refer to Appendix 15). "Citizen Action of Wisconsin" CEO Robert Kraing criticized severely that the Foxconn investment project could be the "biggest scam" in the history of Wisconsin because State Governor Walker has repeatedly stressed that Wisconsin has undergone bankruptcy and does not have additional budget for creating massive new investments. Hence, the State cuts largely on educational budget and cut down labor wage but now is offering Foxconn with USD3 billion in tax cut. He also listed four major reasons that Foxconn project was the biggest scam. Wisconsin State Democratic Party staff also expressed concerns and doubts over this investment project (refer to Appendix 16). Ohio State Governor John Kasich also suggested their effort in Foxconn investment but would not "trade with money" (refer to Appendix 17). On August 18, the Wisconsin State Senate decided to pass the USD3 billion tax subsidy for Foxconn in ballot with 59 Republican senators in favor and 30 Democratic senators against (refer to Appendix 18). Foreign media criticized the project with exaggeration while CNBC questioned about the investment of USD30 million in Pennsylvania State announced by Foxconn, the investment of USD1 billion in Indonesia, USD5 billion in Vietnam, USD12 billion in Brazil, and USD5 billion in India declared by Foxconn but went undelivered through the "Concerns over Foxconn's Plant Building Project in U.S." and "Can Wisconsin really get Foxconn Plant?"   Famous U.S. media, *Wired* magazine and Alliance for American Manufacturing Chairman Scott Paul both questioned and directly suggest the bluffing by Foxconn as Foxconn has a history of talking big and not necessarily delivering on their commitments)(refer to Appendix 19).

In sum of the above circumstances, from the big movement of President Trump leading key American figures in public support of Terry Kuo's investment projects by Foxconn, the great promotions proposed by Wisconsin Governor Walker. President Trump's personal choice of other plant address in the State he won, and the election precinct for Speaker of the United States House of Representative and the premise for White House Chief of Staff, the three secret meeting between Terry Kuo and the President, Japanese media's public identification of Terry Kuo as the best businessman from China in doing business with government officials, the multiple records of bounced investment projects from Terry Kuo, the American suspects towards the investment project, the concerts from State senators and state citizens, and the support from the 59 Republican Party members in Wisconsin State Congress. According to the speculative accusations and logistics of case prosecution from the prosecutors participating in this case, they will surely deem President Trump and Vice President as all key figures participating in this investment, state governors, senators, and Terry Kuo with serious involvement in official conducts, conspiracy in bribery, bribery, and guilty in domestic and Foreign Corrupt Practices Act (FCPA), or else why would they help Terry Kuo from Foxconn through so many and big motions. However, I belief that they are all correct because President

Trump intends to make America great again, and thereby needs to revitalize the economy, help America manufacture, provide more employment opportunities for workers, recruit business investment from outside by personally lead the key members in providing the biggest trust, encouragement and incentive policies to Terry Kuo as well as the full support and assistance for Foxconn and Terry Kuo to successfully realize these investment projects early. These come from good intent without violations to the laws. Similarly, the act of Ng helping UN and 77 SSC countries build the "Conference Centre for South – South Cooperation" for UN in Macao and use it for the activities of "Global South-South Development Expo" is also from good intent. Former UN Chairman John Ashe and Francos Lorenzo, regardless of intentionally care of intentionally assist or provide intermediary support or deliver the two letters to UN Secretary-General Ban Ki-moon, or Ashe taking spouses to survey.in Macao, or the foreign diplomats of some countries participating in forums in Macao, are all enthusiastic intents to promote the interaction in favor of SSC countries and cooperation development for the "Conference Centre for South – South Cooperation" from good intents without violation to the law. I would like to request your honor to take account, investigate and host justice in addition to declare Ng as non-guilty, restoring his innocence and freedom in order to maintain the judicial justice of the United States and the paradigm in human rights protection.

6. Ng is an entrepreneur abiding by law, who never engages in illegal conducts such as "money laundering." He and all his business bodies make all payments, including the transaction between enterprises, donations to charities, or loans to others, in compliance with the financial laws and regulations under the government and the bank regulations in processing the remittance transactions. For example, the bank remittances from Macao, China to the bank accounts for the "South-South News" established by him, followed by the remittance from the bank accounts needed to the second or third places or the bank accounts of the beneficiaries overseas all comply with the laws with open and justice as well as totally transparent legal procedures without breaking the laws. The accusation and prosecution filed by the prosecutors against NG in the conspiracy of money laundering and money laundering were simply bad names given to Ng, which also contradicts with the American symbol in financial liberalization. Therefore I would like to sincerely request your honor to investigate and declare Ng as non-guilty for justice and the maintenance of the definition and reputation of America's financial liberalization.

Truly Yours,

Salute

Lin Chu-Sung

10-3Fl., Far East Center Bld, C,

No.79, Sec. 1, Sintai 5th Rd, Xizhi District,

New Taipei City, 22101, Taiwan, R.O.C.

Tel：+(886)916-198-587 , +(886)2-2698-3835

Fax：+(886)2-2698-3838

Appendices: Evidence and Relevant Information (No.1~19)

Hon. Vernon Broderick

United States District Judge

Thurgood Marshall United States Courthouse

40 Foley Square, New York, NY 10007 U.S.A.

cc.  Andrew M. Genser

Kirkland  & Ellis Llp

601 Lexington Avenue

New York, N. Y. 10022

E/m:agenser@kirkland.com

## Appendices: Evidence and Relevant Information (No.1~19)

(Appendix 1)   China South-South Cooperation Network

| | |
|---|---|
| Note in lines on page 2/8~ | Working on South-South.... Public-Private ... to achieve objectives in international development.... |
| Note in lines on page 3/8~ | (C) Forming South-South Cooperation tolerance partnership, including trilateral partnership and public-private partnership. |
| Note in lines on page 6/8~ | b. Non-score fund (also supported by donation)~comes from different country, private enterprises, funds, individuals.... |
| Note in lines on page 7/8~ | 2. Public ~private sector cooperation partners (PPP) affairs /transmission mechanism. Exhibiting the development outcome of private enterprises and social organizations from over hundreds of countries, in addition to inviting these enterprises to participate in UN and SSC cooperation projects with UN and SSC. |

UN 17th Meeting of Senior Committee of South-South Cooperation (3 pages)

| | |
|---|---|
| Note in lines on page 5~ | ....so that the UN acting bodies, member states, private sectors, and non-government development bodies can establish tolerance partnership, realizing the effective development... |
| Note in lines on page 7~ | 26.......Participants in South-South Cooperation and trilateral cooperation: Apart from governments worldwide, private sectors, civil societies and academic institutes constitute the most significant participants. ... 27. The SSC private sectors already exceeded the traditional development partnership between countries and were elaborated with progress. |
| Note in lines on page 8~ | 36. ...to promote the SSC function ...improve food production, agricultural electricity and |

1

infrastructure development, Indian companies participate to bring social-economic reforms and improvement for other developing countries.

(Appendix 2)   September 4, 2017 Report by United Daily News (2 pages)

- Xi Jinping stated that China will promote dialogue between South-South Cooperation and Southwest to gather the group powers in different countries and take joint challenge in risks.
- Chinese President Xi Jinping delivered a speech at the BRICKS Industrial and Commercial Forum.
- Xi Jinping announced that South-South Cooperation will set up USD500 million in funding for the developing countries in South Hemisphere and south of North Hemisphere.

(Appendix 3)   List of Establishment for United States and the Subordinate 18 International Organizations in Different Countries

(Appendix 4.5.6) Chinese Macao Official 2016 Tourism Data and Statistics

- Gaming Industry (Gambling Industry) tax revenue reached 84.375 billion Macau pataca (equivalent to USD10.82 billion), accounting for 82.4% of the aggregate government fiscal income (102.412 billion Macau pataca).
- Gaming industries in Macao include five categories, namely gambling in entertainment site, horse racing, dog racing, lotteries, and soccer gaming. There were 38 casinos, 6,287 gambling tables, and 13,826 slot machines in 2016.
- There were 107 operating hotels and apartments in 2016.
- The average per capital consumption amount for 2016 was 1,701 Macau pataca =US$218.10
  The consumption amount for overnight stay was 2,681 Macau pataca =US$343.70

(Appendix 7)   2017.7.28 Headlines on United Daily News in Taiwan

- American President Trump lead Vice President Mike Pence, Speaker of the United States House of Representatives Paul Ryan, White House senior adviser Jared Kushner, Wisconsin State Governor Scott Walker, and Terry Tai-Ming Kuo Chairman of (Taiwan) Hon Hai Foxconn Technology Group to announce the investment from Hon Hai Foxconn Technology Group in the amount of USD10 billion in Wisconsin State on the east wing of White House on the July 26, 2017. Wisconsin State will provide at least USD3 billion in preferential tax cut for 15 years. Terry Kuo

said the investment will create 3,000 new work opportunities for Wisconsin State and is likely to lead to 13,000 job vacancies.

(Appendix 8)   2017.7.28 Report by Liberty Times Net

- Creating 13,000 employment opportunities? The Americans have doubts (Same key content as described in the letter)

(Appendix 9)   2017.7.28 Report by Liberty Times Net A4 Column

American media report: Why Choose Wisconsin? Recommended by Trump (Same key content as described in the letter)

(Appendix 10)   2017.7.29 Report by Liberty Times Net A4 Column

- "New York Times" states that it does not make sense for taxpayers to subsidize USD15,000 per job a year (Same key content as described in the letter)

(Appendix 11)   2017.7.29 Report by Liberty Times Net A4 Column

- American scholars proposed four questions, suspecting if Foxconn can realize the commitment (Same key content as described in the letter)

(Appendix 12)   2017.7.30 Report by Liberty Times Net A9 Column

- In cooperation with Foxconn investment, Wisconsin State Governor asked for loosening of regulations governing environmental protection and advocated the senate for calling special agenda on passing the USD3 billion subsidies.
- Speaker of the United States House of Representatives Paul Ryan advocated the senator to agree with the incentive measure packages proposed by Governor Walker.

(Appendix 13)   2017.8.4 Report by Liberty Times Net

- Mixed voices in Wisconsin Senate (Same key content as described in the letter)

(Appendix 14)   2017.8.5 Report by United Daily News

Democratic Party heavily criticized the extortion of USD3 billion (Same key content as described in the letter)

(Appendix 15)   2017.8.6 Report by United Daily News

- Former Chongqing City Mayor of China exposed refusing Foxconn

investment last year (Same key content as described in the letter)

(Appendix 16)   2017.8.14 Report by United Daily News

- "Citizen Action of Wisconsin" organization lists four reasons that suggest Foxconn Project as the biggest scam   (Same key content as described in the letter)

(Appendix 17)   2017.8.17 Report by United Daily News

- Ohio State Governor does not buy Foxconn with investment (referring to Wisconsin State buy Foxconn investment with money, same key content as described in the letter)

(Appendix 18)   2017.8.19 Report by United Daily News

- Wisconsin Senate approved and Foxconn Incentives Package passed (supported by 59 Republican senators, same key content as described in the letter)

(Appendix 19)   2017.8.7 Articles from Business Magazine

- Foreign media criticizing the Foxconn talking big, can Chairman Terry Kuo realize manufacturing in the United States? (Same key content as described in the letter)

Lin Chu-Sung

10-3Fl., Far East Center Bld, C,

No.79, Sec. 1, Sintai 5th Rd, Xizhi District,

New Taipei City, 22101, Taiwan, R.O.C.

Tel：+(886)916-198-587 , +(886)2-2698-3835

Fax：+(886)2-2698-3838



# 中国南南合作网 (Appendix China South-South Cooperation Network)

中国国际经济技术交流中心作为商务部直属事业单位，其主要职能是根据商务部的授权和委托，归口管理中国与联合国开发计划署、联合国工业发展组织以及联合国志愿人员组织的对华合作项目。截至2006年底，交流中心成功组织实施了8亿美元的合作方案，在全国范围内共安排了800多个项目，涉及到我国经济和社会发展的各个领域。其中，有关南南合作及区域合作的项目超过100个，国别资金总额超过1110万美元。

| 中文名 | 中国南南合作网 |
|---|---|
| 外文名 | China South South cooperation network |
| 类别 | 互联网 |
| 所属 | 商务部 |

目录

1 建立发展
2 合作概念
3 合作机构
4 博览会

## 建立发展

二十世纪80年代末到90年代初，借助于联合国开发计划署区域间合作资金以及国别方案的部分资金先后在我国建立了21个区域和国际研究与培训中心，例如亚太地区太阳能研究培训中心、国际小水电中心、世界气象区域气象培训中心、南南（北京）生物技术中心等等。这些中心成立之后在加强自身科研及培训能力同时，通过举办培训班和研讨会为其他发展中国家培训了大批的技术和管理人才，满足了这些国家国内发展的需要，也培养了一些国家政府官员的对华感情。1995年以这些研究与培训中心为基础，在联合国项目框架下于北京成立了中国南南合作网，秘书处设在交流中心。中国南南合作网在交流中心的领导下通过提供专家咨询、信息交流、举办会议、接待团组、组团项目考察、非洲签证、展板设计印刷制作、速记翻译同传服务等多种形式的服务，很大程度上促进了发展中国家间技术合作的发展和发展中国家间由技术合作向经济、贸易以及各个领域合作的转变。这是我国唯一运转有效的、专门从事南南合作事务的国内组织机构。[1]

## 合作概念

### 南南合作

世界上发展中国家（Developing Country）之间为摆脱发达国家(Developed Country)的控制，发展民族经济，在争取建立国际经济新秩序的斗争中建立和发展起来的，在平等互利基础上的新型的经济合作关系，即称为南南合作（South-South Cooperation）。包括双边合作、区域合作和全球合作3个层次。

由于发展中国家绝大部分都处于南半球和北半球的南部，故称这一合作为南南合作。[2]

### TCDC和ECDC

TCDC：（1）英文全称：Technical Co-operation among Developing Countries

中文解释：发展中国家间技术合作（技合）；

ECDC：（2）英文全称：Economic Cooperation among Developing Countries

中文解释：发展中国家间经济合作（经合） [3]

## 发展历程

南南合作是广大发展中国家基于共同的历史遭遇和独立后面临的共同任务而开展的相互之间的合作。

1955年召开的万隆会议确定了南南合作"磋商"的原则，促进了原料生产国和输出国组织的建立，提出了在发展中国家间实施资金和技术合作，因此被认为是南南合作的开端。

20世纪60年代初形成的不结盟运动和77国集团是南南合作的两个最大的国际组织，它们通过的一系列纲领性文件，为南南合作规定了合作的领域、内容、方式与指导原则。

20世纪70年代至80年代末，发展中国家团结自救、合作自强的努力取得重大进展。西非经济共同体、拉丁美洲经济体系、南部非洲发展协会、海湾合作委员会、南亚区域合作联盟等发展中国家谋求经济合作，增强集体自力更生能力的区域性经济组织相继建立。

1982年，首届南南合作会议在印度新德里召开，1983年和1989年先后在北京和吉隆坡召开南南合作会议，这三次会议是南南合作的重要里程碑。南南合作的实质，是面对不平等的南北经济关系，实行联合自强，共同发展。 [4]

## 南南合作日背景

2002年3月在墨西哥蒙特雷举行的发展筹资问题国际会议，特别鼓励南南合作，包括三角合作，以促进关于成功战略、做法、经验以及项目模仿的意见交流。此外，会议敦促在提供援助方面加强南南合作。

2002年8月在南非约翰内斯堡举行的可持续发展问题世界首脑会议，通过了一项宣言和一项执行计划，特别赞同南南合作以及强有力的区域和分区域行动。

2001年5月在布鲁塞尔举行的第三次联合国最不发达国家问题会议强调，在能力建设和确定最佳做法方面，必须进行南南合作，特别是卫生、教育、培训、环境、科技、贸易、投资和过境运输方面的合作。

联合国大会为了发动全球认识并支持南南包容性发展的合作，在2003年12月23日通过第58/220号决议，宣布12月19日为联合国南南合作日。第一个联合国南南合作日在2004年12月19日举行。以后这一天就成为国际社会活跃的平台，庆祝成就；交流发展的成绩；探讨新的协作道路；结成创新的包容性伙伴关系；启动具体的协作计划，争取在南-南、东-东、东-南、公-私、北-南-南三边等安排下，达到国际发展目标，包括千年发展目标。

Note in lines on  Working  on  South-South.....Public-Private...  to
page 2/8~                achieve objectives in international development....

南南合作日的纪念日期从12月19日改为9月12日，以纪念1978年的这一天联合国发展中国家间技术合作会议通过《促进和实施发展中国家间技术合作的布宜诺斯艾利斯行动计划》。

过去二十年，世界发生了重大的经济和政治转型。特别是在南方，这次转变在世界历史上比任何同样长短期间的转变更快。南方内部的关系以及南-北关系产生了全新的层次。当前的关键问题，如环境和气候变化、能源、粮食安全、全球贫困、成长与公平的关系、移民等，比南北关系更具全球化性质。

南方许多国家已经建立了巨大的金融和技术能力。他们开始以优惠和非优惠条件，把部分这类资源转让给其他南方国家，以期包容性地管理全球的问题，更广地扩大全球化的利益，创造新市场，为可持续的经济成长奠定宽广的基础。近几年来，有些南方国家承袭长久的发展中国家互助与合作的历史，已经成为发展合作的重要伙伴。特别

是对于非洲和仍然处于特别不利情况的南方国家，尤其是最不发达国家、内陆发展中国家、小岛屿发展中国家，发展合作明显地增加了一个新的层次。

为了充分利用大量已有的南方解决发展问题的方法，协助应付原有的和新出现的南方挑战，联合国秘书长给大会第六十二届会议的报告（A/62/295）里呼吁国际发展机构，包括联合国系统，协助扩大南南合作的影响：

（a）最大化地利用南南实现国际发展目标（包括千年发展目标）的办法；

（b）加强多边措施，支援南南克服共同的发展挑战；

（c）结成南南合作的包容性伙伴关系，包括三边伙伴关系和公-私伙伴关系；

Note in lines on page 3/8~   (C) Forming South-South Cooperation tolerance partnership, including trilateral partnership and public-private partnership.

秘书长致辞-1

2011年是一个风云激荡的年度，发生了各种反对不平等、屈辱和压迫的民众抗议。在它结束之际，我们迎来了联合国南南合作日。

南南合作有助于我们应对创建更平等、更可持续的世界这一共同挑战。

在大韩民国釜山举行了第四次援助实效问题高级别论坛。与会者一致认为，南南合作是促进国内和国家间平等的关键发展工具。罗马全球南南发展博览会也突出显示了这种合作在解决饥饿问题方面的价值。

我欢迎南南合作在当今复杂的国际发展架构中发挥日益重要的作用。南南合作采取多种形式，为发展提供各种各样的资源。我鼓励以往属于受援国的新兴经济体加强参与，扩大提供援助的规模。

南南合作能在当地取得传统式发展援助所无法取得的成效，因为南方各国地理位置接近，具有文化和历史上的联系，或者曾走过相似的发展道路。在过去一二十年为本国发展铺平道路的国家，有很多可与面临类似挑战的国家分享之处，特别是在知识和经验方面。

在这个南南合作日，让我们再次确认南南合作的价值。各国、多边机构和其他伙伴在整个南方携手合作，汇集专门技能，交流看法，协调政策，就会释放出创造力，推进我们的发展努力，协助我们建设所期望的未来。[6]

秘书长致辞-2

过去十年伙伴关系在促进发展方面显示出力量。更多的儿童走进课堂，更多的母亲顺利度过孕产期，更多的婴幼儿长大成人。

然而，尽管许多发展中国家表现强劲，在全球南部，其在快速增长的新兴经济体，仍存在大量贫困区。这显然在提醒我们，即使国家的经济收益越来越高，我们仍必须努力确保实现繁荣的机会得到更公平地分配。

6月举行的里约+20可持续发展大会证实，在我们试图兼顾社会、经济和环境需求时，必须继续将公平和公正放在国际议程的首要位置。这项原则正指导我们围绕2015年后发展议程持续开展工作。

南南合作具有在全球范围平衡增长与公平的潜力。即使陷于严重的经济、社会和政治不稳定之中，南南合作仍在继续推动活跃的贸易和资金流动。

管理上：在联合国开发计划署内部，该机构与其他基金和项目（如联合国妇女发展基金、联合国资本并发基金、联合国志愿者）处于同一级别，通过联合国开发计划署助理署长向署长报告。

成立27年来，根据南南合作高级委员会、联合国大会、联合国开发计划署/联合国人口活动基金会执行委员会、相关77国集团部长级会议和南南峰会的各项决定和决议，特设局承担了27项不同的使命和特别任务。这些职能归纳如下：

制定总体政策指导方针，倡导发展中国家技术合作/南南合作。

促进南南国家之间发展经验的共享。

支持开展跨地区的发展中国家技术合作/南南合作活动。

建立发展中国家技术合作/南南合作与三方合作之间的新型的合作伙伴关系。

在联合国体系内领导发展中国家技术合作/南南合作的主流力量。

为两年一届的联合国南南合作高级委员会会议和两年一度的联合国秘书长给联合国大会的关于南南合作成员国的报告，编写有关发展中国家技术合作方面的报告。

管理核心资金固定拨款，管理南南合作自由信托基金和77国集团erez-Guerrero信托基金，以及动员其他资源。

3. 南南合作所面临的主要挑战

1.概念上

a. 政治议程或发展议程（南北国家一致认为是发展议程）

b. 职能增强（贸易、人文制度、技术进步、新型发展模式等方面的新格局）

c. 主要参与方的变化（公共-私营和民间组织/学术机构，以及个人）

2. 体系上 - 建立于60、70年代的发达国家与发展中国家的旧体系已不适用于当今的政治局势，也无法有效地应对变化的发展议程，包括联合国千年发展目标（MDGs）。，需要新的详细的南南合作体系架构，

3. 运行上（传递机制）- 根据不同计划的要求，主要参与方也不断变化，需要更为有效和可持续的公共-私营部门合作伙伴传递机制。

4. 财政上

a. 核心资金（捐助支持）

> Note in lines on b. Non-score fund (also supported by page 6/8~ ↓ donation)~comes from different country, private enterprises, funds, individuals....

b. 非核心资金（也是捐助支持）- 来自不同国家、私营企业、基金、个人；这些捐赠日益多元化，包括提供专家指导（包括脱贫和可持续发展方面的政策方案和模式）、汇款和其他援助方式（如为海啸恢复所作的努力，以一种未来南南合作可能采取的新方式）。

4. 南南局工作重点

1. 全球南南发展论坛（南方达沃斯）



a. 4个峰会议（南方政府首领；商人[贸易部长和出席执行官]；银行家[中央银行、进出口银行及地区发展银行经理]；发展主管[决策与协调发展援助的机构主管]）

b. 南南报告（达到人类发展报告HDR的质量）

2. 公共-私营部门合作伙伴（PPP）事务/传递机制

Note in lines on 2. Public ~private sector cooperation partners
page 7/8~　　　　(PPP) affairs /transmission mechanism.

b. 全球南南中小企业（SME）网络（孵化器，尤其南南小规模产业）

c. 全球南南创意行业世界博览会（创意经济）

d. 小额赠款项目（贸易能力建设项目，GS 灾难管理项目）

3. 全球南南知识门户

a. 南方发展解决方案

b. 最佳实践系列

c. 南方专家名录

d. 南方卓越中心网络 [10]

# 博览会

2012年11月19—23日，2012年联合国全球南南合作博览会在奥地利首都维也纳举行。本次博览会通过论坛和专题展览，总结南南合作的成功经验，探讨如何共同应对能源与气候变化问题，为可持续发展建立开放包容的合作伙伴关系。来自联合国系统的20余家机构及60余家发展中国家机构参展。



南南合作是指发展中国家之间开展的经济技术合作。联合国工业发展组织总干事坎德·尤姆凯拉在博览会上强调，发展中国家面临能源、环境和可持续发展问题，很多贫穷地区居民的健康仍受到环境污染的危害，如何处理好能源和发展问题尤为重要。他说，国际金融危机对发展中国家来说既是挑战，也是机遇。在这一背景下，发展中国家应从新角度思考可持续发展问题，发展中国家有潜力成为未来可再生能源消费和投资的重要市场。

合并图册(2张)

联合国开发计划署官员丽贝卡·格林斯潘说，中国为推动南南合作发展作出了很大贡献，尤其在可再生能源方面，中国的很多成功经验对其他发展中国家来说具有重要意义，希望今后中国继续在南南合作中扮演重要角色。

联合国全球南南发展博览会是联合国机构为支持发展中国家，开展南南合作提供的一个系统性平台，是为了展示发展中国家为实现联合国千年发展目标的经济发展成功而举办的。从2008年起至今，一年一届的高层会议及博览会，已经征集、展示了上百个国家、联合国组织、私人企业及民间社团组织提供的发展成果，并邀请这些企业参与到联合国采购中来，或参与到南南合作项目中来。

Exhibiting the development outcome of private enterprises and social organizations from over hundreds of countries, in addition to inviting these enterprises to participate in UN and SSC cooperation projects with UN and SSC.





联 合 国

南南合作促进发展

**SSC**/17/L.4/Rev.2

Distr.: Limited
8 August 2012
Chinese
Original: English

| 南南合作高级别委员会 第十七届会议 | UN 17th Meeting of Senior Committee of South-South Cooperation (3 pages) |

2012 年 5 月 22 日至 25 日和 9 月 12 日,纽约

### 报告草稿

报告员:乔舒亚·穆戈多先生(肯尼亚)

## 目录

| 章次 | | 页次 |
|---|---|---|
| 一. | 南南合作高级别委员会第十七届会议通过的决议 | 3 |
| 二. | 高级别全会部分 | 4 |
| | A. 会议开幕 | 4 |
| | B. 介绍执行情况报告 | 4 |
| | C. 讨论情况 | 4 |
| 三. | 专题讨论:"发展基础设施、创造就业机会、形成社会凝聚力和利用南南合作进行适当技术转让,以促进社会经济转型" | 8 |
| 四. | 工作组的报告 | 11 |
| 五. | 委员会第十八届会议临时议程 | 12 |
| 六. | 报告草稿 | 13 |
| 七. | 会议闭幕 | 14 |
| 八. | 组织事项 | 15 |

12-45592 (C)    210812    220812



联国收

SSC/17/L.4/Rev.2

和三角合作体制安排的审查报告没有列入委员会正式议程表示遗憾，并敦促将其列入议程。

11.  为确保南南合作获得充分支持，各代表团认为需要加强现有的体制机构。大家指出，《内罗毕成果文件》和大会各项决议不断请秘书长与会员国协商，采取具体措施，进一步加强南南合作特设局，将其作为一个单独实体和全球和联合国全系统南南合作和三角合作的协调中心。大家指出，近年来，尽管对特设局的需求增加，但特设局的核心资源实际却在减少。一个政府间组织代表一个国家集团指出，其受益于特设局提供的服务和支持。同时，该组织有兴趣并关切地注意到，根据寄予特设局的厚望以及特设局目前承担的各项任务，包括大会赋予的任务，需要加强特设局的能力。

12.  大家认为，特设局及其三合一的多边南南合作支助结构成功地营造了一个空间，使联合国各行为体、会员国、私营部门即非政府发展行为体可建立包容性的伙伴关系，实现有效的发展。大家认为，需要加强特设局的定位、职能和资源，

Note in lines on page 5~   ....so that the UN acting bodies, member states, private sectors, and non-government development bodies can establish tolerance partnership, realizing the effective development...

13.  代表团欢迎拟定《联合国支持南南合作和三角合作的业务准则框架》的草稿。但发言者指出，准则针对的是联合国各组织、而不是各国，各国必须采取灵活务实的方法处理南南合作和三角合作。一个国家集团认为，准则是贯彻 2009 年联合国南南合作问题内罗毕高级别会议的一个务实工具。

14.  发展中国家引述联合检查组关于南南合作问题的报告，集体呼吁包括区域委员会在内的联合国各组织、专门机构以及基金和方案，依照委员会的全面政策指导和相关的大会决议，在各自任务授权和职权范围内，建立或加强现有的体制与资金安排。在这方面，大家提议，委员会在定于 2012 年 11 月进行的四年度全面政策审查期间提交业务准则，以供审议。

15.  在讨论南南合作和三角合作的特殊作用和地位过程中，有几个发展中国家反对在联合国支持南南合作和三角合作的业务准则框架草稿中提到《釜山有效发展合作伙伴关系》，因为它不是联合国进程的成果文件。由于南南合作要求发展中国家要有"政策空间"，因此它们不能"受限制"，接受严格的规则和条例或政策规定，包括以援助成效名义提出的规则和条例或政策规定。大家指出，必须以每项援助的成果判断援助的实效，不存在一刀切的标准。同样，南北援助和南南援助之间存在通用方法无法弥合的范式差异。

SSC/17/L.4/Rev.2

合国所有基金、规划署和专门机构的发展议程。代表们强调说，要有远见并做出全球安排，最大限度地发挥南南合作的作用。

24. 一些代表团指出南方对在发生严重经济和金融危机时维持全球增长势头做出了重大贡献，并强调说，即便是快速增长的发展中国家也面临重大问题，包括贫穷、贫富不均增加以及遭受经济和社会排斥的问题。事实上，世界上大多数穷人居住在中等收入国家，这些国家采用创新方式利用南南合作，来解决官方发展援助大幅度减少的问题。

25. 讨论的 个主题是联合国系统在支持南南合作和三角合作过程中的重要作用，包括通过区域和次区域机构这样做。许多发言者欢迎联合国机构、基金和规划 Note in lines on 26.......Participants in South-South Cooperation page 7~ and trilateral cooperation: Apart from governments worldwide, private sectors, civil societies and academic institutes constitute the most significant participants. ...

26. 一些代表团指出，南南合作和三角合作有各方面的参与者：除各国政府外、私营部门、民间社会和学术机构是最重要的参与者。人们认为这是一个新的伙伴关系，它包括所有利益攸关方，有老的，也有新的。在这方面必须进行政策和业务协调，以确保资源得到最佳使用。

27. 有代表团指出，发展中国家日趋具有国际竞争力，生产和投资方面都是如此。南方的私营部门已开始超越传统国家间的发展伙伴关系，发挥积极作用。许多与

27. The SSC private sectors already exceeded the traditional development partnership between countries and were elaborated with progress. 中，例如通过直接资合作和三角合作在改善运输和通信基础设施方面起重要作用。一个代表发展中国家集团发言的代表团援引了世界银行一个关于经营成本的研究，该研究表明内陆国家的贸易成本尤其高。一代表团要求开展工作，建立 个税务优惠和信贷和风险担保制度，鼓励南方的公司投资内陆最不发达国家的基础设施和生产能力。

29. 一个代表团指出了高级别委员会所收到报告的几个分歧点；秘书处注意到了这些地方。

30. 12 个专门机构和方案参加了一般性辩论，展示出各种各样的南南活动、倡议和交流机制，包括提高生产能力的机制。其中一些注意到为使南南合作和三角合作主流化而创建的特别安排和战略，所有专门机构和方案都介绍了有关业务活动，表明新近对针以扩大增长和发展潜力的有关模式的重视。有代表团指出，高级别委员会的会议恰好可以考虑南南合作和三角合作在处理 2012 年 6 月召开的联合国可持续发展大会审议的有关可持续发展的问题中的作用。

SSC/17/L.4/Rev.2

## 第三章

**专题讨论："发展基础设施、创造就业机会、形成社会凝聚力和利用南南合作进行适当技术转让，以促进社会经济转型"**

31. 在 2012 年 5 月 23 日第 4 次会议上，委员会审议了议程项目 5。

32. 专题讨论主持人尼泊尔大使介绍了主旨发言人和 5 位小组成员。[1]

33. 5 月 23 日举行的委员会专题辩论探讨了南南合作和三角合作在通过基础设施发展、创造就业、社会融合和适用技术转让从而促进社会经济转型方面的作用。主持人宣布讨论开始时指出，发展中国家的国内生产总值占全世界的三分之一，预计这一份额到 2015 年将增加到 50%。关键问题是南南合作和三角合作如何利用这一强劲增长，实现南方国家的普遍社会经济转型。

34. 一般性讨论期间，5 位专家中每一位都发言讨论了这个问题的具体方面。

**主旨发言**

35. 在主旨发言中，环境署副执行主任强调了南南合作政策和方案在处理环境变化方面的重要性。不解决生态挑战，就会影响所有发展的持续性，包括通过南南合作实现的发展。2010 年，引起社会动荡的水灾、旱灾和风暴等自然灾害 90% 与环境有关。发展解决生态变化的环境基础设施和能力，将创造体面的就业机会，增进社会融合，否则将导致非常严重的后果。不断加快的环境变化，包括气候变化，将决定各国的发展途径。国际合作，特别是南南合作，在动员对共同挑战的集体反应方面的效能极其重要。发展中国家相互可以借鉴的东西很多，南南合作能够建立进行必要转型和适应所必不可少的能力。为促进这方面的借鉴，环境署设计了一个门户网站"南南合作交流机制"。副执行主任还正式启动了这一机制，该机制旨在促进信息交流，发展工作者网络，并充当有助于环境问题上的南南合作的新闻、活动报道、个案研究、博客和其他工具的资料中心。

**第一个发言**

36. 发言者的主题是"进出口银行在通过基础设施发展促进南南合作方面的作用及其对社会经济发展的贡献"。发言者介绍了减少风险和贸易筹资如何促进形成具有重要经济、技术和服务影响的重要南南纽带。他所在银行活动的成果包括改善粮食生产、农村电气化和基础设施发展，印度公司参与其中，为其他发展中国家带来社会经济变革和增长。在促进非洲、亚洲和拉丁美洲和加勒比贸易和"群

Note in lines on 36. ...to promote the SSC function ...improve food
page 8~ production, agricultural electricity and infrastructure development, Indian companies participate to bring social-economic reforms and improvement for other developing countries.

12-45592 (C)



(Appendix   September 4, 2017 Report by United Daily News (2 pages))

中華民國一〇六年九月四日 星期一

聯合報

兩岸／國際 A10

## 習近平:開創「金色十年」

### 金磚峰會 開幕演講

推動「金磚+」 納入更多新興、發展中國家

以「愛拚才會贏」介紹主會議地點廈門

Xi Jinping stated that China will promote dialogue between South-South Cooperation and Southwest to gather the group powers in different countries and take joint challenge in risks.

Chinese President Xi Jinping delivered a speech at the BRICS Industrial and Commercial Forum.

大陸國家主席習近平昨天出席金磚國家工商論壇開幕式，並發表演講。 (中新社)

## 陸:世界經濟增長 金磚貢獻50%

2017. 8. 6 聯合

這些絕技包括，透過查檔案，查出「五　　　　　專題片遭透露巡視組遭遇的阻撓，例如　政治巡視、震懾常在、巡視全覆蓋、

「假幹部」盧恩光；下沉一級，發現王保安　　，福建前省長蘇樹林在中央巡視組巡視中　解「歷史周期率」。

視組發現問題的各種「獨門絕技」。　　　　　　等方式對象現問題。



## 南南合作 大陸提供 5 億美元

俄羅斯總統普亭（左起）、大陸國家主席習近平及印度總理莫迪五日在廈門出席「新興市場與發展中國家對話會議」。習近平宣布，南南合作設立五億美元援助南半球及北半球南部的發展中國家。（法新社）

Xi Jinping announced that South-South Cooperation will set up USD500 million in funding for the developing countries in South Hemisphere and south of North Hemisphere.

通、共用資源提供技術平台。

| 城市 | 天氣 | 低溫 | 高溫 | 城市 | 天氣 | 低溫 | 高溫 |
|---|---|---|---|---|---|---|---|
| 廣州 | 雨天 | 25 | 33 | 上海 | 陰天 | 26 | 31 |
| 香港 | 雨天 | 27 | 32 | 南京 | 雨天 | 23 | 27 |
| 福州 | 多雲 | 26 | 34 | 青島 | 雨天 | 21 | 24 |
| 昆明 | 陰天 | 19 | 24 | 北京 | 多雲 | 20 | 31 |
| 重慶 | 雨天 | 22 | 25 | 西安 | 雨天 | 14 | 26 |
| 武漢 | 雨天 | 22 | 27 | 瀋陽 | 多雲 | 15 | 27 |

## 專門機構 [編輯]

主條目：聯合國專門機構列表

聯合國憲章規定，聯合國的主要機構可建立專門機構以履行其職責[77]。最為人所知的機構包括國際原子能機構、糧食及農業組織、聯合國兒童基金會、世界銀行以及世界衛生組織等。聯合國通過這些機構進行大部分的人道主義工作，其中包括大規模疫苗項目（通過WHO）來為全球人類消滅疾病，提高全球的健康水平、防止饑荒和營養不良（通過WFP）、改善全球兒童的健康和生活質素（通過UNICEF）、以及保護難民（如聯合國難民署）[78]等。

| | (Appendix List of Establishment for United States and the Subordinate 18 3) ↓ International Organizations in Different Countries | | | | |
|---|---|---|---|---|---|
| 序號 | 簡稱 | 機構 | 總部 | 領導者[d] | 建立時間 |
| 1 | FAO | 糧食及農業組織 | 義大利羅馬 | 若澤·格拉齊亞諾·達席爾瓦 | 1945年 |
| 2 | IAEA | 國際原子能機構 | 奧地利維也納 | 天野之彌 | 1957年 |
| 3 | ICAO | 國際民航組織 | 加拿大蒙特婁 | 柳芳 | 1947年 |
| 4 | IFAD | 國際農業發展基金 | 義大利羅馬 | 卡納約·F·恩旺澤 | 1977年 |
| 5 | ILO | 國際勞工組織 | 瑞士日內瓦 | 蓋伊·萊德 | 1946年（1919年） |
| 6 | IMO | 國際海事組織 | 英國倫敦 | 關水康司 | 1948年 |
| 7 | IMF | 國際貨幣基金組織 | 美國華盛頓 | 克里斯蒂娜·拉加德 | 1945年（1944年） |
| 8 | ITU | 國際電信聯盟 | 瑞士日內瓦 | 趙厚麟 | 1947年（1865年） |
| 9 | UNESCO | 聯合國教科文組織 | 法國巴黎 | 伊琳娜·博科娃 | 1946年 |
| 10 | UNIDO | 聯合國工業發展組織 | 奧地利維也納 | 李勇 | 1967年 |
| 11 | UNWTO | 世界旅遊組織 | 西班牙馬德里 | 塔勒布·利法伊 | 1974年 |
| 12 | UPU | 萬國郵政聯盟 | 瑞士伯爾尼 | 比沙爾·阿布迪拉赫曼·胡賽因 | 1947年（1874年） |
| 13 | WBG | 世界銀行集團 | 美國華盛頓 | 金墉 | 1945年（1944年） |
| 14 | WFP | 世界糧食計劃署 | 義大利羅馬 | 厄爾撒琳·考辛 | 1963年 |
| 15 | WHO | 世界衛生組織 | 瑞士日內瓦 | 陳馮富珍 | 1948年 |
| 16 | WIPO | 世界智慧財產權組織 | 瑞士日內瓦 | 弗朗西斯·加利 | 1974年 |
| 17 | WMO | 世界氣象組織 | 瑞士日內瓦 | 大衛·格里姆斯/ 米歇爾·雅勞 | 1950年（1873年） |
| 18 | UNICEF | 聯合國兒童基金會 | 美國紐約 | 安東尼·雷克 | 1946年 |

WTO  世界貿易組織  瑞士日內瓦

## 辦事範圍 [編輯]

聯合國和聯合國系統在各地設有辦事處，以聯合國辦事範圍分區，共五大區：非洲地區、美洲地區、亞洲及太平洋地區、歐洲及中亞地區和中東地區[79]：

- 非洲：在非洲聯合國的兩個主要活動中心是肯亞的奈洛比和衣索比亞的亞的斯亞貝巴。聯合國系統的許多單位也設立了區域和國家辦事處。
- 美洲：北美地區的活動中心紐約是聯合國總部所在地。在南美地區的活動中心智利聖地亞哥是聯合國拉丁美洲和加勒比經濟委員會所在。

Case 1:15-cr-00706-VSB   Document 762   Filed 05/14/18   Page 30 of 50

- 亞洲和太平洋地區：在亞洲和太平洋地區的活動中心泰國曼谷是聯合國亞洲及太平洋經濟社會委員會所在地。
- 歐洲和中亞：主要活動中心分別是瑞士日內瓦和奧地利維也納。兩地都有聯合國辦事處（日內瓦辦事處及維也納辦事處），日內瓦則是歐洲經濟委員會（歐洲經委會）所在地。
- 中東：活動中心是黎巴嫩貝魯特是西亞經濟社會委員會（西亞經社會）的總部所在地。



## 中華人民共和國澳門特別行政區
*Região Administrativa Especial de Macau da República Popular da China*[註 1]（葡萄牙語）
**Macao Special Administrative Region of the People's Republic of China**（英語）





| 區旗 | 區徽 |
| --- | --- |

國歌：《義勇軍進行曲》

0:00　　　選單

區花
蓮花[註 2]

(Appendix 4.5.6) Chinese Macao Official 2016 Tourism Data and Statistics



澳門位置

| | |
| --- | --- |
| 地位 | 特別行政區 |
| 政府總部 | 南灣大馬路131號 |
| 認可的語言 | 英語、澳門土語 |
| 法定語文 | 中文[參 2]、葡文[註 3] |
| 常用語言 | 粵語、葡語 |
| 族群 | 華人（95.0%）<br>葡萄牙人（2.0%）<br>其他（3.0%）[參 3] |
| 宗教 | 無宗教（50.0%）<br>中國民間信仰（30.0%）<br>佛教（10.0%）<br>其他（10.0%） |
| 所屬 | ▨▨ 中華人民共和國 |
| 政府 | 代議民主制 |
| ·行政長官 | 崔世安 |
| ·行政法務司司長 | 陳海帆 |
| ·經濟財政司司長 | 梁維特 |
| ·保安司司長 | 黃少澤 |
| ·社會文化司司長 | 譚俊榮 |
| ·運輸工務司司長 | 羅立文 |



④　⑤　⑥

# 旅遊統計

## ESTATÍSTICAS DO TURISMO
### *TOURISM STATISTICS*

# 2016

如欲索取進一步資料，可聯絡
統計暨普查局文件暨資料傳播中心
Para efeitos de informação contacte o
Centro de Documentação e Difusão de Informação da DSEC
*Further information can be obtained from*
*Documentation and Information Centre of Statistics and Census Service*

澳門宋玉生廣場 411 - 417 號皇朝廣場17樓
電話: 8399 5311
傳真: 2830 7825
Alameda Dr. Carlos d' Assumpção, Nº 411 - 417,
Edf. Dynasty Plaza, 17º andar, Macau
Telefone: 8399 5311
Fax: 2830 7825
*Alameda Dr. Carlos d'Assumpção No.411-417,*
*Dynasty Plaza, 17th floor, Macao*
*Telephone: 8399 5311*
*Fax: 2830 7825*

電郵: info@dsec.gov.mo
E-Mail : info@dsec.gov.mo
網址: www.dsec.gov.mo
Website: www.dsec.gov.mo

**官方統計**
**Estatística Oficial**
***Official Statistics***

倘刊登此等統計資料，須指出資料來源
A reprodução destes dados só é permitida com indicação da fonte
*Reproduction of these data is allowed provided the source is quoted*

## 博彩業、旅遊業 [編輯]

主條目：澳門博彩業和澳門旅遊業

一直以來澳門的主要收入都來自博彩業和旅遊業。在2014年澳門產業結構中，博彩業（包括博彩中介業）增加值佔總增加值的比重為59.1%[參 33]。2016年，博彩業毛收入達2241.28億澳門元，而博彩業稅收達843.75億澳門元，佔政府財政總收入（1024.12億澳門元）的82.4%[參 8]。

Gaming Industry (Gambling Industry) tax revenue reached 84.375 billion Macau pataca (equivalent to USD10.82 billion), accounting for 82.4% of the aggregate government fiscal income (102.412 billion Macau pataca).

以博彩旅遊業作龍頭發展的城市」而且門統計暨普查局資料，2015年本澳入境旅6）、香港（佔總數21.3%）、台灣（佔總billion Macau pataca).

澳門的博彩業於1847年在葡萄牙的管治之下開始合法化，自此以後，澳門以「東方蒙地卡羅」之名廣為世界所知，成為了澳門經濟的重要一部份，2006年澳門賭場總營業額已超越拉斯維加斯，成為全球第一賭城[參 35]，大型博彩業建築物相繼建成，形成「一條街，就一間」的風格。澳門的博彩業大概可以分成五大類：娛樂場賭博、賽馬、賽狗、彩票和足球博彩。截至2016年底，澳門共有38家賭場，6287張賭桌，13826部老虎機[參 8]。

Gaming industries in Macao include five categories, namely gambling in entertainment site, horse racing, dog racing, lotteries, and soccer gaming. There were 38 casinos, 6,287 gambling tables, and 13,826 slot machines in 2016.

評選的澳門八景和2005年7月15日被列入世會議展覽中心及泛珠三角發展框架範圍內中

⑤　⑥

概況

# 結果分析

## 概況

- 2016年入境旅客共30,950,336人次，較2015年微增0.8%；留宿旅客增加9.8%至15,703,616人次(佔總數50.7%)，不過夜旅客有15,246,720人次，下跌7.1%。旅客平均逗留1.2日，按年增加0.1日，留宿及不過夜旅客的平均逗留時間與2015年比較，同樣維持在2.1日及0.2日。參團旅客共7,552,148人次，同比減少23.3%，其中隨團入境旅客有7,041,480人次(佔團客總數93.2%)。

  [There were 107 operating hotels and apartments in 2016.]

- 2016年年底有營業的酒店及公寓有107間，按年增加1間，客房數目亦增加12.3%至36,278間。酒店及公寓住客共11,999,739人次，按年增加13.5%，其中入住旅客(11,299,923人次)佔留宿旅客72.0%，同比上升2.6個百分點。全年住客平均留宿1.4晚，按年下跌0.1晚；酒店及公寓的平均入住率則上升1.8個百分點至83.3%。

- 全年旅客總消費達526.6億元，較2015年上升3.0%；留宿旅客消費為421.0億元，增幅為4.8%，不過夜的則減少3.6%至105.6億元。另一方面，旅客人均消費為1,701元，按年上升2.2%；不過夜旅客的增加3.7%至693元，留宿旅客人均消費為2,681元，下跌4.5%。

- 使用旅行社服務外出的居民有1,250,826人次，按年減少14.7%，其中隨團外遊居民下跌18.7%至496,343人次(佔總數39.7%)。

| 主要指標 | | | |
|---|---|---|---|
| 旅客 | | | |
| 入境旅客 (千人次) | 30 950 | 30 715 | 0.8 |
| 留宿旅客 | 15 704 | 14 308 | 9.8 |
| 不過夜旅客 | 15 247 | 16 407 | -7.1 |
| 平均逗留時間 (日) | 1.2 | 1.1 | 0.1 日 |
| 留宿旅客 | 2.1 | 2.1 | - |
| 不過夜旅客 | 0.2 | 0.2 | - |
| 參團旅客 (千人次) | 7 552 | 9 844 | -23.3 |
| 酒店及公寓 | | | |
| 有營業場所 (間) | 107 | 106 | 1 間 |
| 客房 (間) | 36 278 | 32 300 | 12.3 |
| 住客 (千人次) | 12 000 | 10 569 | 13.5 |
| 平均入住率 (%) | 83.3 | 81.5 | 1.8 百分點 |
| 平均留宿時間 (晚) | 1.4 | 1.5 | -0.1 晚 |

[The average per capital consumption amount for 2016 was 1,701 Macau pataca =US$218.10]
[The consumption amount for overnight stay was 2,681 Macau pataca =US$343.70]

| | | | |
|---|---|---|---|
| 總消費 (百萬元) | | 51 128 | 3.0 |
| 留宿旅客 | | 40 165 | 4.8 |
| 不過夜旅客 | | 10 963 | -3.6 |
| 人均消費 (澳門元) | 1 701 | 1 665 | 2.2 |
| 留宿旅客 | 2 681 | 2 807 | -4.5 |
| 不過夜旅客 | 693 | 668 | 3.7 |
| 使用旅行社服務外出的居民 (千人次) | 1 251 | 1 466 | -14.7 |
| 隨團 | 496 | 610 | -18.7 |
| 非隨團 | 754 | 855 | -11.8 |

聯合報

中華民國一〇六年七月二十八日　農曆丁酉年閏六月初六　星期五

UNITED DAILY

# 郭台銘3千億投資美國

## 與川普在白宮宣布 鴻海富士康將在威州設面板廠





American President Trump lead Vice President Mike Pence, Speaker of the United States House of Representatives Paul Ryan, White House senior adviser Jared Kushner, Wisconsin State Governor Scott Walker, and Terry Tai-Ming Kuo Chairman of (Taiwan) Hon Hai Foxconn Technology Group to announce the investment from Hon Hai Foxconn Technology Group in the amount of USD10 billion in Wisconsin State on the east wing of White House on the July 26, 2017. Wisconsin State will provide at least USD3 billion in preferential tax cut for 15 years. Terry Kuo said the investment will create 3,000 new work opportunities for Wisconsin State and is likely to lead to 13,000 job vacancies.

(Appendix) 2017.7.28 Report by Liberty Times Net

# A3 焦點

## 聯合報

# 鴻海「飛鷹」不到9個月就展翅

## 搶上創建輝煌業績潮

### 川普女婿庫許納統籌高效率 與鴻海企業文化一拍即合



【本報綜合報導/記者】美國總統川普（中）主持鴻海於美國的投資者，由全美代表出席的簽約儀式也雙方互相折衷投資案不藝的選展果檢情新招商招國商宣宣渡業上和屈國國宣藥。

老鷹起飛



路治恪（左）與劉川忠（右）對術招待（路治）

(Appendix  2017.7.28 Report by Liberty Times Net A4 Column

自由時報A4  2017.7.28

# 創1.3萬就業？美國人存疑

〔編譯盧永山／綜合報導〕鴻海在美國蓋LCD新廠，確定落腳威斯康辛州，最多招募一.三萬名員工。不過，人力專家指出，預估鴻海需要一批能操作機器人、人工智慧和尖端自動化系統的高級系統工程師，但鴻海可能找不到合適的人。

## 高技術人才 恐招不到

由於鴻海新廠將在二〇二〇年啟用，人力專家表示，威州必須啟動類似「曼哈頓計畫」（Manhattan Project，譯按：二次世界大戰期間，美國研發與製造原子彈的一項大型軍事工程）的緊急計畫，重新訓練和招募熟悉自動化的員工，因威州東南部極缺這樣的員工，當地很多製造商都找不到合適的人。

〔威州一家住密爾瓦基的網路工程師暨電腦教授貝恩（Jay Bayne）說：「我們仍有人才問題，我們無法培養足夠的這類高技術人才。」除了高技術人才，威州可能也需要改善基礎建設、交通系統，並提供更多職訓課程。

鴻海新廠開始營運後，恐怕可能從現有企業吸收高技術人才，導致威州原本就人力不足的科技部門出現更多人力荒。屆時恐引發薪資上漲，尤其是高技術職位，也可能形成一些員工從芝加哥或麥迪遜來新廠上班的遠距離通勤現象。

## 富士康4萬人被機器人取代

另有人力專家質疑，鴻海新廠為了取得威州政府的各種優惠，必須創造一.三萬個工作機會，並提供員工平均年薪五.四萬美元，但在鴻海大量使用機器人情況下，這些工作能維持多久？畢竟鴻海在中國已用機器人取代四萬名工人。

● Creating 13,000 employment opportunities? The Americans have doubts (Same key content as described in the letter)

8



取自Google地圖、美聯社

鴻海飛鷹計畫落腳處

威斯康辛州

美國

基諾沙郡

American media report: Why Choose Wisconsin? Recommended by Trump (Same key content as described in the letter)

## 為何選威州？川普推薦的

日經新聞在7月中有篇「郭台銘知道如何讓政治人物開心」報導，指出郭董深諳如何與中國大官打交道，讓鴻海事業能在中國蓬勃發展。鴻海集團宣布砸百億美元在威斯康辛州設廠，而中西部一向是美國傳統製造業重鎮，這些州的藍領白人勞工也是支持川普最後登上美國總統大位的主要力量。看來郭董是將中國成功模式複製到美國。

根據美媒報導，白宮幕僚長蒲博思（Reince Priebus）透露，鴻海最後選擇威州基諾沙郡設廠，就是川普推薦的。川普4月走訪威州、飛經基諾沙郡，發現一塊克萊斯勒的舊工廠用地；當鴻海高層首度造訪白宮，川普就直言「我知道有個好地方，你們應該去基諾沙」。

威州不只是川普的勝選州，蒲博思更畢業於威斯康辛大學，高中時就讀基諾沙的崔伯特高中；現任美國眾議院議長萊恩（Paul Ryan）選區在威州、威州州長沃克（Scott Walker）也是共和黨籍，也就是說，鴻海集團是選在共和黨的票倉投資設廠。

（記者高嘉和）

(Appendix   2017.7.29 Report by Liberty Times Net A4 Column 4)

自由時報 2017年7月29日／星期六

# 美納稅人補貼6億買他投資案

## 9百億紅包誰買單！同黨密州長酸用錢買設廠



- "New York Times" states that it does not make sense for taxpayers to subsidize USD15,000 per job a year (Same key content as described in the letter)

創造1.3萬就業 年均薪資162萬

科技人年補貼1份工作45萬

記者提要

(Appendix   2017.7.29 Report by Liberty Times Net A4 Column

2017.7.29 自由時報 A4

# 美學者提4問 質疑鴻海能踐諾

（編譯盧永山／綜合報導）鴻海投資百億美元在威斯康辛州設立先進面板廠，允諾可創造三萬個就業機會，但聖母大學門多薩商學院商業倫理學教授霍爾特（Joseph Holt）提出四大質疑，包括鴻海過去曾多次承諾投資、事後卻跳票的紀錄。

## 威州最大受益者 民調低迷州長

霍爾特指出，鴻海二○一三年宣布要斥資三十萬美元在賓州蓋高科技廠，卻未兌現；二○一四年也宣布要在印尼投資十億美元，最後同樣跳票。他說：「鴻海跳票的紀錄讓人無法有信心，是否真的在乎所做的承諾或開出的就業支票。」

他還質疑，威州州議員和一些關心此案的民眾擔憂，州政府為了吸引鴻海而給了太多優惠，與州民長期的利益不成比例，而唯一的受益者就是明年要競選連任、但目前民調低落的州長沃克。

再來是鴻海承諾的工作數量充滿不確定性。在工作保障部分，富士康曾用機器人取代六萬名員工，郭台銘承諾的一、三萬個工能維持多久？而在薪資部分，沃克稱，鴻海提供的每年薪資和福利總和約五.四萬美元；而根據美國人口普查局的數據，二○一五年威州州民收入的中位數為五萬五六三八美元，鴻海提供的薪資並未高過這個數字。

霍爾特最後還懷疑，鴻海在中國的廠房也曾因工作環境惡劣，引發重大勞工爭議，類問題在美國不至於會發生，因美國有更多保護員工的法規，執法也比中國更嚴格，但鴻海若要讓人有信心會守法，取決於該公司是否為關心員工而守法，而不是為了守法而守法。

American scholars proposed four questions, suspecting if Foxconn can realize the commitment (Same key content as described in the letter)

(11)

（Appendix 2017.7.30 Report by Liberty Times Net A9 Column）

2017年7月30日（星期日）

（自由時報）

**A9** 財經新聞

# 配合鴻海投資 歐州長要求鬆綁環保規定

## 促議會召開特別議程 通過30億美元補助案

## 借款興建海濱新廠附近公路



In cooperation with Foxconn investment, Wisconsin State Governor .asked for loosening of regulations governing environmental protection and advocated the senate for calling special agenda on passing the USD3 billion subsidies.

## 貿易戰復燃？川普 商務部長簡報 面臨兩難

【Appendix 2017.8.4 Report by Liberty Times Net

2017.8.4 自由時報

## 美眾院議長：鴻海在威州設廠不只一座

〔編譯王憂壘／綜合報導〕美國眾院議長萊恩（Paul Ryan）向僑斯（Fox6）電視表示，他預計鴻海（2317）將在威斯康辛州建置1座以上的工廠；萊恩指出，「我們的鍾預期除拉辛（Racine）或基諾沙（Kenosha）工廠外，還會再有另1座工廠。」他表示，鴻海想要接近威州的麥迪遜和密爾瓦基的人才，但並未透露更多具體細節。

「密爾瓦基哨兵日報」先前也曾經報導，鴻海高層在近2個月內曾前往戴恩郡、拜訪威斯康辛大學麥迪遜分校的研究人員及研究園區的新創公司。

### 促州議員同意優惠案

「USA TODAY」引述複數消息來源報導，鴻海正考慮在戴恩郡（Dane County）設立第2間據點，以便接近擁有先進技術的麥迪遜。

「密爾瓦基哨兵日報」報導，該州眾議會工作及經濟委員會週四將針對獎勵方案舉行聽證會。

目前尚不清楚鴻海的另1機點的細節，但消息來源指出，可能是與研發相關的設施，但規模應該不會像拉辛或基諾沙的廠區那麼大。

同意州長沃克所提出的獎勵措施方案。目前一些州眾議會的洋和黨議員表示，他們希望先解決州債問題，因此拖慢了審議獎勵措施的過程。

Speaker of the United States House of Representatives Paul Ryan advocated the senator to agree with the incentive measure packages proposed by Governor Walker.



美國眾院議長萊恩透露，鴻海將在威斯康辛州投資一座以上的工廠。（美聯社）

# 威州參院現雜音 鴻海設廠案有變數

## 30億美元獎勵鴻海案 參院共和黨領袖：缺足夠支持票

〔編譯楊芙宜／綜合報導〕鴻海集團，威州政府則回應三十億美元的獎勵案。

〔美國威斯康辛州（Wisconsin）投資案〕……

但威州議會財政局的分析報告卻指出，該獎勵案至少二十五年內無法損益兩平，相當訝異和關切，希望知道更多有關鴻海廠區附近的州際重建、與該州交通基金短缺十億美元的影響，相互關聯性有多大。

威州政府承諾給鴻海的獎勵案，包括未來十五年約為高達二十八、五億美元現金，以及價值一．五億美元的減稅優惠。費茲傑羅對此表示，「本案對威州納稅人是一筆好交易」，對威州的投資……

另外，威州眾議院已安排下週對鴻海投資案進行討論，不明白為何郭台銘與州長已設定九月三十日通過投資案。參院仍可能否決眾院做出的任何改變。

Mixed voices in Wisconsin Senate (Same key content as described in the letter)

2019.8.4 自由時報

---

# 出售記憶體 東芝：不限日美韓聯盟

## 去年大虧 2662億 創日製造業紀錄

〔編譯楊芙宜／綜合報導〕東芝（Toshiba）社長兼執行長綱川智週四表示，目前出售記憶體事業的談判仍無法跟優先議約對象「日美韓聯盟」達成協議，因此也同時與其他買方展開協商，希望跟日本產業革新機構（INCJ）為首的日美韓團隊達成協議，但須與預定日期前無法達成，所以會跟其他買方進行協商，儘力在明年三月底前完成記憶體事業的出售案。

以日美韓聯盟：美國威騰電子（WD）與美國私募基金KKR結盟的團隊；以及鴻海、夏普、蘋果、亞馬遜組成的日美台團隊。

東芝公布去年虧損達九六五六億日圓（約二六六二億台幣），創日本製造業史上最大虧損；不過，東芝財務決算……

東芝未來發展取決於能否填平龐大的財務缺口，包括能否順利出售記憶體事業，取得資金以彌補美國核電子公司西屋電氣（Westinghouse）的六十三……

資誠會計師事務所（PwC）簽證東芝決算，上層會計年度（截至三月底）財報以及……「保留意見」；這意味PwC雖發現……少數問題，仍願意對東芝大致的財務情況背書，但PwC對東芝公司內部控給予審慎的「否定意見」。

[Appendix]  2017.8.5 Report by United Daily News

2016.8.5 鴻海案

# 獎勵鴻海案 威州眾院最快月中通過

## 鴻海再傳布局生技

威州眾議院議長佛斯（Robin Vos）對鴻海設廠案，提出六天敘進入稅務聽審程序。眾議院經濟委員會週四表決，最終將把獎勵鴻海設廠案，送交威州眾院審理。共和黨控制的眾院最快可望於十四日通過。共和黨控制的威州參院能否順利批准在威州設廠的鴻海面板廠，改造美國電子業，計畫讓三萬人就業，這項投資計畫將於八日表決。

鴻海海董事長郭台銘重申在威州設面板廠的計畫，最終將擁有租稅聽用的申請綜合報導／針對鴻海集團擬在美國院召開的威州威士康辛州設面板廠，威州眾議院週四召開聽證會，討論威州是否給予鴻海台幣約三千億元的投資。

賀根表示，可在兩週內完成海州海外廠招聘員工。

一法案估四小時每個時新薪六○．六萬台幣，七萬元；平均年薪五萬三千美元（約台幣一六○萬台幣），是官方約三千萬元美元。

### 民主黨痛批勒索30億美元

不過，威州民主黨議員反對在此案。民主黨眾議員史塔克（Amanda Stuck）質疑？不過，民主黨也表示，如果能把細分析前進行表決比較，分析前對該案。另據報導，威州鴻海層密爾瓦基附近地點包括新聞密爾瓦基，每週向作參眾地方報，威州鴻海創公司召開大學至主場。

技術產業者，威州從速進分校Carbone醫療密切合作投資威州設立威州創傷中心等新創公司的生技新創公司Capio Biosciences及異業集團旗下的奇異醫療（GE Healthcare）。

Democratic Party heavily criticized the extortion of USD3 billion [Same key content as described in the letter]



威州眾議院就獎勵鴻海興經濟委員會週四舉行聽證會，討論提供鴻海州廠數十億美元的租稅獎勵案。（美聯社）

(14)

2017. 8.6 聯合報 (Appendix  2017.8.6 Report by United Daily News

### 郭董踢鐵板

# 前重慶市長爆料 去年曾回絕鴻海投資案

【編譯楊芙宜／綜合報導】鴻海集團董事長郭台銘在中國重慶的投資案居然踢到鐵板！中國媒體「南通網」刊載前重慶市長黃奇帆的專題報導，他在報告中爆料，去年鴻海集團董事長郭台銘曾向他洽商投資案，初期缺乏資金需要當地政府融通，但他「覺得一下沒幹」，以沒有「股權擔保」、「國有資本」可能流失為由回絕。

黃奇帆被重慶當地人稱為「電子腦殼」，今年二月轉任中共全國人大財經委副主任委員。七月十一日應邀至江蘇省南通市委中心專題報告，他談到高科技但缺乏資金的項目時，拿中國面板大廠京東方和台灣鴻海集團相比，指他決定投資京東方、拒絕鴻海，主要考量發生虧帳可能性，當地政府對企業融資時，須在「有防範」、「安全」及「合乎（中國）整體利益」的情況下進行。

黃奇帆透露，「有一個專案我猶豫了一下沒幹，就是郭台銘的專案；郭董可他表明『搞一個世代線，四百多億人民幣（約一千八百多億台幣）』然後說我（重慶市政府）出錢，他三年裡面回購，以本金加利息七、八十億人民幣買回。

不過，黃奇帆認為，郭台銘未擔保授予其投資項目的股權，「萬一壞帳」損失，可能構成中國「國有資本」流失，因此去年猶豫了一個月，予以回絕。

鴻海去年將日本夏普（Sharp）納入集團事業，今年計畫在美國興建規模一百億美元的面板廠；黃奇帆選擇此時爆料過往決策，頗耐人尋味。

Former Chongqing City Mayor of China exposed refusing Foxconn investment last year (Same key content as described in the letter)

Appendix 2017.8.14 Report by United Daily News

2017.8.14
聯合報

# 威州民團：鴻海應創7.8萬個工作

## 威州承諾補助金額 達其他州 6倍

### 列四原因 指鴻海案是最大騙局

（綜合報導）譯（威州永山）綜合報導）

鴻海美國威斯康辛州投司（WEDC）負責審核報資不平靜。「威州公民行動」組織執行長克萊格告顯示，WEDC無法精確追蹤企業承諾創造的工

前批，鴻海投資案可能是威州史上最大騙局。作機會是否確實存在。

因為沃克先前一再強調，威州將提供鴻海十五年期三十億美元補貼，沒有預算例行壓低工人薪資的政策，如助，等於是威州承諾鴻海投資案提供各相關數欲教育預算，卻可能導致威州稅人補貼海份工作每年達一.五助，如提供鴻海三十億美元的稅負擔。得到多少利益等。

其次，鴻海能否創造這些工作在威州政府將果比照美國各州平均數成六倍；換句話說，如送交議會表決之前，民眾應該大聲疾呼最後是沃克說提供鴻海三十億美元稅負優惠，鴻這是你們的税金．你們的水河可創造一.三萬個直接就業，以及三.二萬個惠法案進行表決，威州參議院八月二開工作；但根據威州大學研究，若提供三十億美元投公聽案。

威州民主黨公職人員也持續對此投資不平靜。民主黨參議員拉爾森（Chris Larson）等上週六舉行尼基（Christine Sinicki）的民眾對鴻海投資案提出各種疑慮，以及長期而言，設廠可能對環境的衝擊，以及長期而言森表示：「這是你們的稅金，你們的水．」

威州眾議院本週將對鴻海優惠法案進行表決，威州參議院八月二十四原因

資於教育，可平均創造八.七萬個工作機會。

"Citizen Action of Wisconsin" organization lists four reasons that suggest Foxconn Project as the biggest scam (Same key content as described in the letter)



「威州公民行動」組織嚴批鴻海投資案可能是威州史上「最大騙局」。圖為鴻海案公聽會上，抗議者高舉抗議標語。（美聯社資料照片）

FOXCONN! FASCIST CORPORATE WELFARE

(16)

2017.8.17 聯合報

(Appendix   2017.8.17 Report by United Daily News

Ohio State Governor does not buy Foxconn with investment
(referring to Wisconsin State buy Foxconn investment with
money, same key content as described in the letter)

# 俄州州長 不用錢買鴻海投資



美聯社報導，俄亥俄州長凱西克（John Kasich）週二證實，仍在爭取鴻海至該州設廠，這是俄亥俄州長首次針對鴻海設廠一事公開發言，他表示，雖然無法預期是否能成功使鴻海到該州設廠，但不會強迫俄亥俄州接受40年才能回本的交易，強調州政府「不會用錢買交易」。

鴻海集團董事長郭台銘過去曾提過，俄亥俄州也是在美投資設廠的一個可能地點；報導指出，凱西克週二在歡迎臉書公司至俄亥俄州設立資料中心的場合上，向幾位重要人士表示，他在今年6月前往日本的時候曾經拜會郭台銘。

鴻海先前已經宣布在美國威斯康辛州投資100億美元設立大型液晶面板廠；目前威斯康辛州議會正在進行相關獎勵案的審查，威斯康辛州眾議院經濟委員會週一已經投票通過獎勵案，預計本週四將交由州眾議院全院表決，若通過後下週將在州參議院舉行聽證會。

（圖：美聯社，文：編譯王惠慧）

# 威州眾議會准了　鴻海獎勵案過頭關



2017.8.15
聯合報

Wisconsin Senate approved and Foxconn Incentives Package passed (supported by 59 Republican senators, same key content as described in the letter)

鴻海計畫在美國威州設立面板廠，威州眾議會在當地週四表決通過30億美元獎勵案，為9月底前完成立法鋪平道路。圖為7月底郭台銘與威州州長沃克（右）合影。（美聯社檔案照）

## 30億美元設廠獎勵 還要再拚兩關

〔編譯楊芙宜／綜合報導〕鴻海集團計畫在美國威斯康辛州投資一百億美元設立面板廠，共和黨多數掌控的威州眾議會於當地週四傍晚以「五十一比三十」表決通過三十億美元獎勵案，為九月底前完成立法鋪平道路。

鴻海計畫於二○二○年前在威州東南部投資一百億美元、興建亞洲以外第一座LCD面板廠，預計一千英畝大的廠區最終可聘用一‧三萬名員工。做為鴻海投資設廠協議的一部分，威州議會八月底前通過獎勵案，因此沃克要求州議會在九月底前通過獎勵案。

### 州政府拚9月底完成立法

威州州長沃克表示，表決結果象徵引進高科技生態系統進入威州的「重大一步」。這項獎勵案需要再過兩關，即由威州參議員及眾議員聯合財政委員會、威州參議會分別通過，才會送到州政府。由於聯合委員會及州參議會都由共和黨掌控多數，外界預期應能過關。

這項計畫被美國總統川普稱為經濟的一次轉型勝利，威州對鴻海的獎勵補助高達三十億美元，為歷來外國企業在美投資最大規模之一。川普、沃克、鴻海董事長郭台銘等人於三週前宣布，鴻海將進入特別會期審議。

在週四議會辯論時段，民主黨人批評，這項獎勵案方案花費太昂貴，不到三週的討論時間過於倉促。可能變成「企業福利」，且可能對環境有害，應提修正案加入更多對納稅人、勞工和環境的保護。

民主黨籍威州眾議員蘇貝克表示，「這是巨大賭注。我們無法掩蓋浪費公帑的計畫」。威州承諾，未來十五年給鴻海集團的獎勵大部分為現金（二十八‧五億美元），但威州議會財政局分析，至少廿五年內無法損益兩平。

Foreign media criticizing the Foxconn talking big, can Chairman Terry Kuo realize manufacturing in the United States? (Same key content as described in the letter)

焦點新聞
News Focus

落腳威州 產能、規模、供應鏈疑問未解

# 外媒批說大話 郭董美國製造能兌現？

撰文・鍾張涵

川普層層飛色舞地稱讚郭台銘是「世上最棒商人」，外媒卻數落郭董曾承諾的賓州設廠計畫沒進展。

看似風光的記者會背後，當地人才不足、聚落不完善等問題浮現。質疑聲中，郭董的挑戰才開始。

鴻海董座郭台銘的美國製造「飛鷹計畫（Flying Eagle）」正式啟動！台灣時間七月二十七日，郭台銘和美國總統川普併倘現身。川普星飛色舞地稱讚郭台銘是「朋友」、「世界上最棒的商人」；郭台銘則宣布，未來四年將在美國投資一百億美元，第一步就是先在威斯康辛州打造世界級的液晶顯示（LCD）面板廠，創造就業機會！

只是，當市場一片頌讚之際，過去郭台銘曾經許諾，最後卻未竟完成的計畫，也被市場重新檢視，他未來的挑戰，正慢慢浮現。

事實上，郭台銘今年股東

會時，就已釋出相關訊息，市場只是未耳聞，短短一個月，郭台銘就能與川普同台，在昔日是美國總統與外國元首召開聯合會的地點「白宮東廳」攜手宣布這個跨國項目的投資。這不僅是有史以來外國企業在美國最大規模的綠地投資，更是鴻海未來數年，在美國製造領域投資的序曲。

當郭台銘誓言要「為美國帶來前瞻性的高科技製造」時，等於已將鴻海這家公司，拉升至新的高度。

郭台銘和川普攜手召開記者會，也締造台灣企業家在世界舞台備受矚目的新頁。只是，鴻海過去的投資案不可勝



郭台銘和川普攜手開記者會，宣布在美投資計畫，但美媒和官員憂心鴻海承諾未必能實現。

綠地投資 艾倫麗茲投資，指跨國公司等投資主體在東道國境內，發展基礎設施到或全部含意所有權所控制的企業或分支機構的投資行為

焦點新聞
News Focus

機會」一言，對外強調：鴻海和應用而也讓專家質疑。

美國知名媒體《連線》（Wired）雜誌就說，這大多屬於新一代高階製造業工作，要求高水準的技能，並非提供給汽車或鋼鐵業失業工人的低階製造工作。但威州缺乏這類人才，鴻海恐怕很難找到員工。

《連線》雜誌報導引述美國聖湯瑪士大學商學院院長湯瑪士（Stefanie Lenway）的質疑：鴻海需要高階工程師，但當地缺之電機、機械工程人才。此外，生產液晶螢幕須具備高無瑕標準，目前多採機械自動化，無法解決美國工人失業問題。

TrendForce旗下光電研究中心研究副總邱宇彬還提名：「缺乏產業聚落支援，會是鴻海一大挑戰。」因為生產液晶螢幕必須要有完善的上下游供應鏈，例如鄰近的玻璃廠房與玻璃基板、曝光機設備等，但目前美國康寧等工廠，都未進駐威州。

邱宇彬認為，美國市場是「二翻兩瞪眼」，廠房一旦蓋下去，就必須在當地與產業共生共榮，若是美國需求不好，產能就會彈不得。「美國和中國市場截然不同，郭台銘以國」，並主打消費性電子組裝，以美國設廠為起點以便投資美不會有大規模的產能擴充；但中國仍會是鴻海重要的生產基

鴻海宣布的產品

## 威州設廠的三挑戰：
## 人才、聚落不足、時間緊

這與今年三月，郭董大張旗鼓在中國廣州宣布十、五代面板廠正式動工，當場喊出「月產九萬片」「年產值預估人民幣九二〇億元」「二〇一九年完工、二〇二〇成為全球最大的十、五代廠」等明確目標，大不相同。

但鴻海此次僅言，這座新廠房將位於威斯康辛州東南區，地點將在近期公布。未來生產的 LCD 面板應用，將會涵蓋最新世代電視、自動車、航空器系統，以及教育、娛樂、醫療、尖端製造、辦公室自動化、互動零售、安全生活等範疇。

種種挑戰，也讓美國製造業聯盟主席保羅（Scott Paul）在媒體上直言：「我會等到威斯辛州工人領到薪水時再放鞭炮」因為鴻海有很多光說大話，卻沒兌現的歷史紀錄。

「Foxconn has a history of talking big and not necessarily delivering on their commitments.」

郭台銘如何穩住美國人信心，完成投資計畫，才是看完風光的記者會後，未來更應密切檢視與關注的重點。



鴻海要在威斯康辛州打造最先進的面板生產線，郭台銘說，要讓美國消費者了解鴻海8K+5G生態體系中的未來顯示技術。

地、長期產能一定要大，以便供應內需與外銷」

另一方面，邱宇彬更直言：「時間會是鴻海最大的壓力。」因川普去年當選，最好能在兩年內展現政績，二〇一八年共和黨期中選舉時，更被視為檢視郭促鴻海在的重要時間點。為此，川普勢必會督促鴻海在零到有打造一條龐供應鏈，種種之前端出牛肉。郭台銘必須服美商康寧（Corning）和日本尼康（Nikon）跟進投資、種種挑戰還存在？時間壓力