# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022 |  |
|---|---|---|
| Andrew M. Genser<br>To Call Writer Directly:<br>(212) 446-4809<br>andrew.genser@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

May 23, 2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Ng Lap Seng</u>, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

      Defendant Ng Lap Seng respectfully requests permission to file a redacted version of the exhibit submitted at the sentencing hearing on May 11, 2018. The redactions are intended to protect the privacy of individuals who are not relevant to this case. We have shared the proposed redactions with the government, and we understand it has no objections to them. The exhibit with proposed redactions will be delivered to the Court as per Judge Broderick's Individual Rules & Practices.

      Respectfully Submitted,

      KIRKLAND & ELLIS LLP

By:   <u>/s Andrew M. Genser</u>
       Andrew M. Genser
       Kirkland & Ellis LLP
       601 Lexington Avenue
       New York, NY 10022

cc:   Counsel of Record (by ECF)