# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022 |  |
|---|---|---|
| George N. Bauer<br>To Call Writer Directly:<br>(212) 446-4777<br>george.bauer@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

June 10, 2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ng Lap Seng*, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

    We write on behalf of Mr. Ng Lap Seng, and in response to the Government's letter of June 9, 2018. The Government rightly states that it consented to Mr. Ng's request to visit the doctor subject to certain conditions, and rightly notes that the defense and Guidepost confirmed that those conditions would be met.

    The Government's letter, however, incorrectly stated that the defense "declined" to file a revised request letter. The Government contacted defense counsel late Friday evening June 8, 2018 seeking a revised filing and, for reason unknown, filed its letter with the Court before the defense could indicate it agreed to refile.

    In all events, the Government consents to Mr. Ng's request to visit his doctor at NYU Langone Medical Center at 530 First Avenue, New York, NY at 8:45 am on June 15, 2018. The Government's consent is subject to the following conditions, which Mr. Ng accepts and Guidepost confirms will be met:

1. The GPS bracelet is to be fully charged before Mr. Ng leaves his apartment and remains on at all times.

2. Guidepost has a sufficient number of officers to ensure compliance with all conditions of release pending surrender, including that the defendant not use a cellphone.

3. A court-certified interpreter is present during travel and the visit, who is advised in advance of all conditions of release pending surrender.

# KIRKLAND & ELLIS LLP

Honorable Vernon S. Broderick
June 10, 2018
Page 2

    4. The defendant is never out of sight of Guidepost.

    5. The defendant is searched both before and upon completion of the visit, and

    6. No stops are permitted during travel, nor is the defendant permitted to enter any area of the hospital other than as necessary to facilitate the visit and only for as long as is necessary for complete the visit.

                                             Respectfully Submitted,

                                             KIRKLAND & ELLIS LLP

                        By:    /s George N. Bauer
                                  George N. Bauer
                                  Kirkland & Ellis LLP
                                  601 Lexington Avenue
                                  New York, NY 10022

cc:      Counsel of Record (by ECF)

                                             SO ORDERED

                                             _____

                                             Hon. Vernon S. Broderick
                                             United States District Court
                                             Southern District of New York

KE 54475287.5