# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022 |  |
|---|---|---|
| George N. Bauer<br>To Call Writer Directly:<br>(212) 446-4777<br>george.bauer@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

June 20, 2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Ng Lap Seng</u>, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

    Pursuant to the Court's August 7, 2017 Order, we write on behalf of Mr. Ng Lap Seng to seek approval for the individuals listed below to visit and stay at Mr. Ng's residence from June 21, 2018 to the surrender date.

    Ms. Miaolian Ye. Ms. Miaolian Ye is 51 years old and holds a Macau passport. She is the wife of Mr. Ng's brother's son. Because current babysitters Ms. Mei Cheng Ng and Ms. Ka I Leung are returning to Macau on June 23, 2018, Ms. Ye will babysit Mr. Ng's grandchildren during her stay from June 21, 2018 to the surrender date.

    Ms. Miaoyan Ye. Ms. Ye is 54 years old and holds a Macau passport. She is the wife of Mr. Ng's sister's son. Ms. Ye will assist babysitting Mr. Ng's grandchildren during her stay from June 21, 2018 to the surrender date.

    Mr. San Iok Chu. Mr. Chu is 47 years old and holds a Macau passport.  He has been a family assistant of Mr. Ng for over 20 years.  Mr. Chu will provide assistance in secretarial tasks during his stay from June 21, 2018 to the surrender date.  Mr. Chu was previously approved as a visitor in 2015 and 2016.

    Ms. Ying Li and her daughter, Yueqiao Jiang.  Ms. Li is 39 years old and holds a China passport.  She is a family friend of Mr. Ng, and the god sister of Mr. Ng's daughter, Fei Lan Ng.  Ms. Li's daughter, Ms. Yueqiao Jiang, is 10 years old and holds a China passport.

**KIRKLAND & ELLIS LLP**

[Address Names]  
June 20, 2018  
Page 2  

[CONFIDENTIALITY]

      Under the revised bail order, the defendant has sought approval from the Government regarding those visitors, and the Government has given its consent. Guidepost will make security arrangements for those visitors. We appreciate the Court's consideration of this request.

                        Respectfully Submitted,

                        KIRKLAND & ELLIS LLP

        By:    <u>/s George N. Bauer</u>  
                   George N. Bauer  
                   Kirkland & Ellis LLP  
                   601 Lexington Avenue  
                   New York, NY 10022

cc:      Counsel of Record (by ECF)