# Exhibit A

## (June 15, 2018 Report)

## (Filed Under Seal)