# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

| George N. Bauer | | |
|---|---|---|
| To Call Writer Directly: | (212) 446-4800 | Facsimile: |
| (212) 446-4777 | | (212) 446-4900 |
| george.bauer@kirkland.com | www.kirkland.com | |

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 7/6/2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ng Lap Seng*, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

On July 5, 2018 we filed a request on behalf of Mr. Ng for approval for Mr. Ng to receive a MRI test of his brain and spine at 170 East 77th Street, New York, NY 10075 on July 6, 2018 at 8:30 am, and to visit Dr. Charla Fischer with NYU Langone Madison Orthopedic Surgery Associates at 145 East 32nd Street, 4th Floor, New York, NY 10016 on the same day at 11 am (Dkt. 807). The Court denied the MRI test visit but approved the visit to Dr. Fischer in the morning of July 6, 2018. However, due to logistical issues, Guidepost was unable to secure staffing sufficient to satisfy the conditions of Mr. Ng's visit to the orthopedist until this afternoon, so the appointment was rescheduled from 11am to 1:30pm today. The appointment is still with Dr. Charla Fischer with NYU Langone Madison Orthopedic Surgery Associates at 145 East 32nd Street, 4th Floor, New York, NY 10016. The Government has no objection to this change in time, provided that it does not interfere with the defendant's attempt to schedule a cardiac-related test today, which the parties are discussing,

Accordingly, subject to the conditions set forth in our letter of July 5, 2018 (Dkt. 807), we respectfully request the Court's approval for Mr. Ng to visit NYU Langone Madison Orthopedic Surgery Associates at 145 East 32nd Street, 4th Floor, New York, NY 10016 on July 6, 2018, at 1:30 pm.

We appreciate the Court's consideration of this request.

Respectfully Submitted,

**KIRKLAND & ELLIS LLP**

Honorable Vernon S. Broderick
July 6, 2018
Page 2

                                KIRKLAND & ELLIS LLP

                By:    <u>/s George N. Bauer</u>
                      George N. Bauer
                      Kirkland & Ellis LLP
                      601 Lexington Avenue
                      New York, NY 10022

cc:       Counsel of Record (by ECF)

                      SO ORDERED

                      _____

                      Hon. Vernon S. Broderick
                      United States District Court
                      Southern District of New York