# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| George N. Bauer<br>To Call Writer Directly:<br>(212) 446-4777<br>george.bauer@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br><br>(212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

July 5, 2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

application granted in part and denied in part. Mr. Ng may visit the orthopedist, but not have the MRI performed which requires the removal of his electronic bracelet.

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK  7/6/2018
UNITED STATES DISTRICT JUDGE

Re: *United States v. Ng Lap Seng*, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

Pursuant to the Court's August 7, 2017 Order, we write on behalf of Mr. Ng Lap Seng to seek approval for Mr. Ng to visit the following specialists for further evaluation. These visits were recommended by Mr. Ng's doctors based on the results of tests performed at Elitra Health Center, and are intended to address Mr. Ng's daily increasing acute pain in his back. As we mentioned in our previous letter to the Court, Mr. Ng is having difficulty laying down because of the pain, and he hopes to get this issue diagnosed, if not resolved, before he commences his four-year sentence on July 10, 2018, after which the timing of Mr. Ng's medical treatment will be uncertain. Mr. Ng's daughter, Ms. Fei Lan Ng, will accompany Mr. Ng to these appointments.

1. MRI tests of Mr. Ng's brain and spine at Priority Private Care at 170 East 77th street, New York, NY 10075 on Friday, July 6, 2018 at 8:30 am. As noted in prior letters, Mr. Ng experienced two strokes decades ago and he is currently having recurrent and unpredictable headaches. Therefore, Mr. Ng's doctors prescribed MRI tests of the brain and spine to rule out a mass lesion or abnormal blood vessels. We attach a copy of the prescription and the recommendation provided by Dr. Avram Nemetz, MD regarding this request. With the Court's approval, dated June 29, 2018, Mr. Ng previously attempted to obtain an MRI on July 2, 2018, but was unable to do so because he was prohibited from removing the GPS bracelet, and, as we understand it, any type of metal on the body, whether external or internal, is extremely dangerous because the MRI machine uses powerful magnets. We therefore request that the GPS bracelet be removed during the MRI tests. In hopes of addressing the government's concerns, we have revised the conditions of the visit to ensure that a guard from Guidepost and/or a government agent be stationed

## KIRKLAND & ELLIS LLP

Honorable Vernon S. Broderick
July 5, 2018
Page 2

      at each door to and/or from the room in which the MRI will be conducted for the duration of the MRI, and until the bracelet is replaced.

2. Dr. Charla Fischer, an orthopedist with NYU Langone Madison Orthopedic Surgery Associates at 145 East 32nd Street, 4th Floor, New York, NY 10016 on Friday, July 6, 2018 at 11 am. Evidence of arthritic changes in both Mr. Ng's hip joints was found on the CT scan administered at Elitra Health Center. Mr. Ng's doctors recommended that he visit an orthopedist to fully assess the status of both hip joints.

Under the revised bail order, the defendant has sought the Government's approval for these visits, subject to the conditions set forth below, which Guidepost confirms will be met. The Government objects to both visits, on the purported basis that based on a review of records and consultation with an expert, it does not understand the MRI or orthopedist to be necessary or time sensitive, nor does it believe that the revised GPS condition is sufficient. We understand the Government intends to file a response to this request. As noted, these appointments were recommended by Mr. Ng's doctors, and indeed his doctor has given him a prescription for the MRI, which prescription has been shared with the Government. Pretrial Services has not yet reviewed or approved this request.

Conditions:

1. Neither the defendant nor any family member, friend, or business associate has a pre-existing business or personal relationship with the medical personnel that the defendant wishes to visit.

2. The defendant agrees that the Government and/or an independent doctor or doctors, of the Government's choosing, may speak with:

    a) all medical personnel at Elitra Health Center with whom the defendant interacted, and all medical personnel who administered the tests he received or authored the report that was sent to the Government;

    b) all medical personnel at NYU Langone, or any other medical facility that the defendant may visit in the future, and

    c) the defendant agrees to execute a HIPPA waiver, if necessary, to facilitate such conversations.

3. The defendant agrees that all records the Government have received to date, and all records the Government will receive in the future, may be shared with:

## KIRKLAND & ELLIS LLP

Honorable Vernon S. Broderick
July 5, 2018
Page 3

      a) an independent doctor or doctors, of the Government's choosing;

      b) the Court; and

      c) the Federal Bureau of Prisons.

4. The GPS bracelet shall remain on at all times, and no medical test or procedure shall be performed that would require its removal or that it be turned off or altered or blocked in any way, <u>except</u> that the bracelet may be removed only as necessary to administer the MRI exams, during which time a guard from Guidepost and/or a government agent will be stationed at each door to and/or from the room in which the MRI will be conducted for the duration of the MRI, and until the bracelet is replaced.

5. The security arrangements provided by Guidepost with respect to the Elitra Health Center apply to these visits.

6. The defendant's daughter is also to be searched before and after the visits.

7. Other than the defendant's daughter, no other family member, friend, or business associate shall accompany the defendant.

8. An agent, of the Government's choosing, at the Government's discretion, and without notice to the defendant, may be present for all travel, and the visits themselves.

9. The visits must be completed during the hours cleared by Pretrial Services.

10. Guidepost must promptly inform the Government, not just Pretrial Services, of any deviation from the security plan, the timing of visits, the timing of the defendant's return to his apartment, or any attempt by the defendant or his daughter-in-law to violate any condition of bail pending surrender, including but not limited to any attempt by the defendant to use a cellphone or interact with non-medical personnel.

    Accordingly, subject to the conditions set forth above, we respectfully request the Court's approval for Mr. Ng to take MRI tests of his brain and spine at 170 East 77th Street, New York, NY 10075 on Friday, July 6, 2018 at 8:30 am, and visit NYU Langone Madison Orthopedic Surgery Associates at 145 East 32nd Street, 4th Floor, New York, NY 10016 on the same day at 11 am.

**KIRKLAND & ELLIS LLP**

Honorable Vernon S. Broderick
July 5, 2018
Page 4

      We appreciate the Court's consideration of this request.

                                     Respectfully Submitted,

                                     KIRKLAND & ELLIS LLP

                      By:    <u>/s George N. Bauer</u>
                                   George N. Bauer
                                   Kirkland & Ellis LLP
                                   601 Lexington Avenue
                                   New York, NY 10022


cc:      Counsel of Record (by ECF)


                                   SO ORDERED

                                   _____
                                   Hon. Vernon S. Broderick
                                   United States District Court
                                   Southern District of New York

**OFFICIAL NEW YORK STATE PRESCRIPTION**

AVRAM L. NEMETZ MD
18 EAST 48TH STREET
2ND FLOOR
NEW YORK, NY 10017
(212) 935-8725
LIC. 177684

AFFILIATED PHYSICIANS
255 GREENWICH STREET
SUITE 520
NEW YORK, NY 10007

PRACTITIONER DEA NUMBER

Patient Name: Ng, Lap Seng         Date: 6-28-18
Address:
City:            State:     Zip:      Age:     Sex: M / F

Rx

MRI total spine — cervical
No contrast —          thoracic
                       lumbosacral

Dx: M54.9

Prescriber Signature X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

REFILLS: None

0G1R9J 11

PHARMACIST TEST AREA



**MANHATTAN CENTER FOR LIFE AND LONGEVITY**

July 5, 2018

RE: Mr. Lap Seng Ng

To Whom it May Concern,

I examined Mr. Ng in detail on June 27, 2018.

Mr. Ng described recurrent unpredictable headaches, and also pain up and down the length of his back. He suffered a stroke in 2000 when his blood pressure was very high, and he stated he was terrified of suffering another stroke while confined. An MRI of the brain has been prescribed, to rule out a mass lesion or abnormal blood vessels. A scan of the spine has been included in the request due to pain in that area as well.

This is the same medical recommendation I'd make for any patient with similar complaints, and is not just specific to Mr. Ng's situation.

Please contact me if I can provide further details.

Sincerely,

Avram L. Nemetz, M.D.
Medical Director