USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

            - v. -                 :

NG LAP SENG,                       :
   a/k/a "David Ng,"
   a/k/a "David Ng Lap Seng,"      :

            Defendant.             :

- - - - - - - - - - - - - - - - - x

ORDER

15 Cr. 706 (VSB)

WHEREAS, on or about July 27, 2017, NG LAP SENG (the "defendant") was convicted after trial of six federal felony counts: (i) conspiracy to commit bribery, money laundering and violations of the Foreign Corrupt Practices Act ("FCPA"); (ii) bribery; (iii) violation of the FCPA involving a domestic concern; (iv) violation of the FCPA involving acts within the United States; (v) conspiracy to commit money laundering; and (vi) money laundering.

WHEREAS, on or about May 11, 2018, the defendant was sentenced to 48 months' imprisonment and ordered to surrender to serve his sentence before 2 p.m. on July 11, 2018.

WHEREAS, the defendant has been designated to serve his sentence at FCI Allenwood Low.

WHEREAS, on the morning of July 9, 2018, the defendant underwent cardiac catheterization (the "Procedure") at NYU Langone Medical Center.

WHEREAS, all medical records concerning the defendant, including those of the Procedure, are required for the Court and the Government to evaluate whether the defendant is safely able to surrender as scheduled on July 11, 2018, and if not, the appropriate scope of a period of adjournment.

IT IS HEREBY ORDERED, at the request of the Government, by its attorney Geoffrey Berman, United States Attorney, Assistant United States Attorneys Janis M. Echenberg and Daniel C. Richenthal, of counsel, and for good cause shown, that:

1. Any and all medical records and correspondence concerning the defendant in the possession of NYU Langone Medical Center or its affiliates be produced forthwith to the defendant and the Government, without redaction (and shall promptly produce any subsequently-created records or correspondence).

2. The records should include, but are not limited to, correspondence (including emails) with the defendant or anyone acting on his behalf, statements of the defendant, test results (including films), and any notes or other reports or documents prepared or reviewed in connection with prior examination of the defendant by medical

personnel, prepared or reviewed in connection with the Procedure, or prepared or reviewed in connection with preparation of a letter to defense counsel by Dr. Michael Attubato following the Procedure (the "Letter"), including drafts of the Letter, and any and all records and notes prepared in connection with any visits by the defendant to NYU Langone Medical Center or its affiliates on July 10, 2018.

3. This order applies to any records or notes currently in existence or generated prior to the defendant's surrender to serve his prison sentence.

4. The Government may share any such records or correspondence with one or more retained experts and the Federal Bureau of Prisons.

Dated:  New York, New York
        July 10, 2018

SO ORDERED:

_____
THE HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE