# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022 |  |
|---|---|---|
| George N. Bauer<br>To Call Writer Directly:<br>(212) 446-4777<br>george.bauer@kirkland.com | (212) 446-4800<br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

July

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 7/11/2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ng Lap Seng*, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

Defendant Ng Lap Seng hereby respectfully requests that the Court extend the date of his surrender from July 11, 2018, to July 12, 2018, because Mr. Ng's doctors have ordered that he be admitted to NYU hospital following a small stroke.

As the Court is aware, Mr. Ng was taken to the Emergency Room at approximately 3:00 pm on July 10, 2018. After an MRI test, and other examinations, a small stroke was detected, and Mr. Ng has been ordered to be admitted to the hospital for further evaluation.

We have consulted with the Government concerning this request, and it does not object subject to the following conditions:

1. That the defense use best efforts to obtain and provide to the government all relevant records from NYU by 12:00pm on Wednesday July 11, 2018.

2. That a call is scheduled with the Government and the decision-making neurologist in charge of Mr. Ng's care by no later than the morning of Thursday, July 12, 2018.

3. That four Guidepost officers and a Court certified interpreter be present at all times.

4. That Mr. Ng receive no visitors besides those who are on the already approved list of visitors.

Accordingly, we respectfully request that the Court extend the date of Mr. Ng's surrender from July 11, 2018, to July 12, 2018, at 2:00 pm, with the bail conditions during that period remaining unchanged. Mr. Ng greatly appreciates the Court's consideration of this request.

**KIRKLAND & ELLIS LLP**

Honorable Vernon S. Broderick
July 10, 2018
Page 2

                                    Respectfully Submitted,

                                    KIRKLAND & ELLIS LLP

By:    <u>/s George N. Bauer</u>
          George N. Bauer
          Kirkland & Ellis LLP
          601 Lexington Avenue
          New York, NY 10022

cc:    Counsel of Record (by ECF)