# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022 |  |
|---|---|---|
| George N. Bauer<br>To Call Writer Directly:<br>(212) 446-4777<br>george.bauer@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

July 11, 2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ng Lap Seng*, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

    We write on behalf of Defendant Ng Lap Seng to respectfully request that the Court permit Guidepost to remove Mr. Ng's GPS monitoring bracelet for the purpose of receiving an MRI exam.

    Mr. Ng has reported numbness, and his doctors have recommended that he have an MRI. We have consulted with the Government, and it consents subject to the following conditions: (1) that we notify Joshua Rothman so that he or another individual from Pretrial Services will be on site to re-attach the bracelet as soon as the exam is completed, and (2) that two NYU security officers, in addition to the four Guidepost officers currently on duty, be present at all times that Mr. Ng is not wearing the bracelet.

    Mr. Ng greatly appreciates the Court's consideration of this request.

    Respectfully Submitted,

    KIRKLAND & ELLIS LLP

By:    /s George N. Bauer
        George N. Bauer
        Kirkland & Ellis LLP
        601 Lexington Avenue
        New York, NY 10022

cc:    Counsel of Record (by ECF)