# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022 |  |
|---|---|---|
| George N. Bauer<br>To Call Writer Directly:<br>(212) 446-4777<br>george.bauer@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

July

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 7/11/2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ng Lap Seng*, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

    We write on behalf of Defendant Ng Lap Seng to respectfully request that the Court permit Guidepost to remove Mr. Ng's GPS monitoring bracelet for the purpose of receiving an MRI exam.

    Mr. Ng has reported numbness, and his doctors have recommended that he have an MRI. We have consulted with the Government, and it consents subject to the following conditions: (1) that we notify Joshua Rothman so that he or another individual from Pretrial Services will be on site to re-attach the bracelet as soon as the exam is completed, and (2) that two NYU security officers, in addition to the four Guidepost officers currently on duty, be present at all times that Mr. Ng is not wearing the bracelet.

    Mr. Ng greatly appreciates the Court's consideration of this request.

                                          Respectfully Submitted,

                                          KIRKLAND & ELLIS LLP

                            By:    /s George N. Bauer
                                      George N. Bauer
                                      Kirkland & Ellis LLP
                                      601 Lexington Avenue
                                      New York, NY 10022

cc:    Counsel of Record (by ECF)