# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

George N. Bauer
To Call Writer Directly:
(212) 446-4777
george.bauer@kirkland.com

(212) 446-4800

Facsimile:
(212) 446-4900

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 7/12/2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ng Lap Seng*, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

    Defendant Ng Lap Seng hereby respectfully requests that the Court extend the date of his surrender from July 12, 2018, to July 13, 2018, subject to the same conditions set forth in our letter of July 10, 2018 (Doc. No. 820).  We understand Mr. Ng may be discharged as early as tomorrow, July 12, 2018.

    In addition, with the government's consent, we would ask that the Court set aside time in the afternoon of Monday, July 16, 2018, for an application for a further extension of the surrender date, assuming that upon consideration of all the circumstances with Mr. Ng, the defense does seek such an extension.

    Accordingly, we respectfully request that the Court extend the date of Mr. Ng's surrender from July 12, 2018, to July 13, 2018, at 12:00 pm, with the bail conditions during that period remaining unchanged.  The Government consents to this request.  Mr. Ng greatly appreciates the Court's consideration.

Respectfully Submitted,

KIRKLAND & ELLIS LLP

By:    /s George N. Bauer
        George N. Bauer
        Kirkland & Ellis LLP
        601 Lexington Avenue
        New York, NY 10022

cc:    Counsel of Record (by ECF)