*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

July 12, 2018

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse, Room 415
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ng Lap Seng*,
                15 Cr. 706 (VSB)

Dear Judge Broderick:

      As the Court is aware, the Government understands that defendant Ng Lap Seng is pending discharge from the hospital this afternoon. Per the Board-certified expert cardiologist and neurologist whom the Government retained, who have reviewed the pertinent medical records and spoken to the treating physicians, there is no medical reason why the defendant cannot surrender by noon tomorrow, Friday, July 13, as the Court ordered. The Government respectfully requests that the Court set a deadline of 2 p.m. today, Thursday, July 12, for any potential defense objection to surrender as ordered, to allow the Government sufficient time to respond and the Court to consider the submissions and rule in advance of the July 13 surrender deadline.

                                Respectfully submitted,

                                GEOFFREY S. BERMAN
                                United States Attorney

            By:    <u>s/ Janis M .Echenberg</u>
                    Daniel C. Richenthal/Janis M. Echenberg
                    Douglas S. Zolkind
                    Assistant United States Attorneys
                    (212) 637-2109/2597/2418

                    SANDRA MOSER
                    Acting Chief, Fraud Section
                    Criminal Division

            By:    <u>s/ David A. Last</u>
                    David A. Last, Trial Attorney
                    (202) 616-5651

cc:    (by ECF)
        Counsel of Record