```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                                                           :
                                                           :     S5 15 Cr. 706 (VSB)
            -against-                                      :
                                                           :     ORDER
                                                           :
NG LAP SENG,                                               :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant's July 13, 2018 letter requesting that his surrender date be extended to July 23, 2018, informing me that Dr. Stephen Pan, Defendant's expert medical witness, is unable to testify in person at the July 16, 2018 hearing absent a court order, and requesting that he be permitted to testify by phone. (Doc. 831.) I am also in receipt of the Government's July 13, 2018 letter opposing Defendant's requests and attaching a letter from the Bureau of Prisons regarding its ability to care for Defendant during his term of incarceration. Accordingly, it is hereby:

ORDERED that Defendant's request that Dr. Stephen Pan testify by phone is DENIED.

IT IS FURTHE ORDERED that Dr. Stephen Pan shall appear in-person on July 16, 2018 at 8:30 a.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, to provide testimony regarding Defendant's medical condition.

I reserve decision on the parties' remaining requests pending the July 16, 2018 hearing.

SO ORDERED.

Dated: July 13, 2018
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge