### Park Jensen Bennett LLP

40 Wall Street
New York, New York 10005

(646) 200 - 6300
www.parkjensen.com

Tai H. Park
tpark@parkjensen.com
Direct dial (646) 200-6310
Telecopier (646) 200-6311

July 13, 2018

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    United States v. Ng Lap Seng, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

      This is written on behalf of Mr. Ng to respectfully request leave to file under seal medical record exhibits for the hearing scheduled for Monday, July 16 at 8:30 a.m.  Each of the exhibits stamped NG 1 to NG 28 contain sensitive medical or other highly confidential and personal information regarding Mr. Ng.

      We do not anticipate using all of these records during the hearing but provide to you a record of recent medical reports and medical reports generated by Dr. Pan.  We anticipate that during the hearing we will primarily rely on the following exhibits: NG 12, NG 16, NG 17, NG 18, NG 19, NG 20, NG 21, NG 22, NG 23, and NG 26.

      Respectfully submitted,

Tai H. Park

cc: All Counsel of Record