**PARK JENSEN BENNETT LLP**
40 WALL STREET
NEW YORK, NEW YORK 10005

(646) 200 - 6300
WWW.PARKJENSEN.COM

TAI H. PARK
TPARK@PARKJENSEN.COM
DIRECT DIAL (646) 200-6310
(646) 200-6311

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  7/16/2018

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Ng Lap Seng</u>, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

    This is written on behalf of Mr. Ng to respectfully request leave to file under seal medical record exhibits for the hearing scheduled for Monday, July 16 at 8:30 a.m. Each of the exhibits stamped NG 1 to NG 28 contain sensitive medical or other highly confidential and personal information regarding Mr. Ng.

    We do not anticipate using all of these records during the hearing but provide to you a record of recent medical reports and medical reports generated by Dr. Pan. We anticipate that during the hearing we will primarily rely on the following exhibits: NG 12, NG 16, NG 17, NG 18, NG 19, NG 20, NG 21, NG 22, NG 23, and NG 26.

                                                Respectfully submitted,

                                                Tai H. Park

cc: All Counsel of Record