**PARK JENSEN BENNETT LLP**

40 Wall Street
New York, New York 10005

(646) 200 - 6300  
www.parkjensen.com

Tai H. Park  
tpark@parkjensen.com  
Direct dial (646) 200-6310  
Telecopier (646) 200-6311

July 16, 2018

**BY ECF**

Honorable Vernon S. Broderick  
United States District Judge  
United States Courthouse  
40 Foley Square  
New York, NY 10007

        Re:    <u>United States v. Ng Lap Seng</u>, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

      On behalf of Mr. Ng, we respectfully request leave to file under seal medical record and other exhibits for the hearing scheduled for 5:30 p.m. today. The exhibits stamped NG 29, NG 30 and NG 3702-3 contain sensitive medical or other highly confidential and personal information regarding Mr. Ng or Dr. Pan. In its Order (Docket No. 835) docketed earlier today, the Court granted us leave to file under seal other sensitive or confidential information that will be used during the hearing. Since NG 29, NG 30 and NG 3702-3 contain similar types of information, we believe they too should be filed under seal.

                            Respectfully submitted,

                            Tai H. Park

cc: All Counsel of Record