# Park Jensen Bennett LLP

40 Wall Street
New York, New York 10005

(646) 200 - 6300
www.parkjensen.com

Tai H. Park
tpark@parkjensen.com
Direct dial (646) 200-6310
Telecopier (646) 200-6311

July 16, 2018

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted in part. Exhibits NG 29 and NG 30 may be filed under seal. Exhibit NG 3702-3, which is Dr. Pan's resume, shall not be filed under seal.
>
> SO ORDERED:
>
> *[signature]*
> HON. VERNON S. BRODERICK   7/16/2018
> UNITED STATES DISTRICT JUDGE

Re: <u>United States v. Ng Lap Seng</u>, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

    On behalf of Mr. Ng, we respectfully request leave to file under seal medical record and other exhibits for the hearing scheduled for 5:30 p.m. today. The exhibits stamped NG 29, NG 30 and NG 3702-3 contain sensitive medical or other highly confidential and personal information regarding Mr. Ng or Dr. Pan. In its Order (Docket No. 835) docketed earlier today, the Court granted us leave to file under seal other sensitive or confidential information that will be used during the hearing. Since NG 29, NG 30 and NG 3702-3 contain similar types of information, we believe they too should be filed under seal.

Respectfully submitted,

*[signature]*

Tai H. Park

cc: All Counsel of Record