

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 25, 2018

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse, Room 415
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ng Lap Seng*,
               S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

       With consent of the defendant, the Government respectfully writes to request that the Court order that the word "Leung" be changed to "Lorenzo" on the following pages/lines of the sentencing transcript in the above-captioned matter, which is enclosed. The parties agree that "Leung" is a typographical error and should be corrected.

1. Page 16, Line 21;
2. Page 17, Lines 3, 4, 7, 9, and 13;
3. Page 18, Lines 22 and 24;
4. Page 19, Lines 1 and 5;
5. Page 20, Lines 8 and 21;
6. Page 21, Lines 21 and 23;
7. Page 23, Lines 4, 15, and 25;
8. Page 24, Lines 8, 10 and 20;
9. Page 25, Line 8;
10. Page 26, Lines 3, 13 and 20;
11. Page 29, Line 12;
12. Page 30, Line 6;
13. Page 39, Line 17;
14. Page 87, Line 4; and
15. Page 88, Line 3

Honorable Vernon S. Broderick
United States District Judge
July 25, 2018
Page 2

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

By:   s/ Daniel C. Richenthal
       Daniel C. Richenthal
       Janis M. Echenberg
       Douglas S. Zolkind
       Assistant United States Attorneys
       (212) 637-2109/2597/2418

       SANDRA MOSER
       Acting Chief, Fraud Section
       Criminal Division

By:   s/ David A. Last
       David A. Last
       Trial Attorney
       (202) 616-5651

Enclosure

cc:    (by ECF)

       Counsel of Record