UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                   :
:
:
:                     S5 15 Cr. 706 (VSB)
-against-                                                   :
:                     **ORDER**
NG LAP SENG,                                                :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2018

<u>VERNON S. BRODERICK, United States District Judge</u>:

I held a hearing on July 16, 2018 with respect to Defendant Ng's request to extend his surrender date. During the hearing, the parties introduced certain exhibits that they requested to file under seal, as the exhibits contained personal and medical information. Having reviewed the proposed redactions, it is hereby:

ORDERED that the parties shall file those exhibits that were not previously the subject to a sealing order under seal and in redacted form on the docket.

IT IS FURTHER ORDERED that, to the extent requests to seal any other exhibits have been granted, the parties shall file those exhibits under seal and in redacted form on the docket.

SO ORDERED.

Dated: July 27, 2018
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge