

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2018

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse, Room 415
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ng Lap Seng*,
                S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

      The Government respectfully encloses, pursuant to the Court's July 27, 2018 order in the above-captioned matter (Docket Entry No. 842), redacted copies of the three exhibits introduced into evidence by the Government at the July 16, 2018 hearing.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

              By:    s/ Daniel C. Richenthal
                              Daniel C. Richenthal
                              Janis M. Echenberg
                              Douglas S. Zolkind
                              Assistant United States Attorneys
                              (212) 637-2109/2597/2418

                              SANDRA MOSER
                              Acting Chief, Fraud Section
                              Criminal Division

              By:    s/ David A. Last
                              David A. Last
                              Trial Attorney
                              (202) 616-5651

Enclosures

Honorable Vernon S. Broderick
United States District Judge
July 30, 2018
Page 2

cc: (by ECF)

    Counsel of Record