## Park Jensen Bennett LLP

40 Wall Street
New York, New York 10005

(646) 200 - 6300
www.parkjensen.com

Tai H. Park
tpark@parkjensen.com
Direct dial (646) 200-6310
Telecopier (646) 200-6311

August 3, 2018

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Ng Lap Seng</u>, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

    On behalf of Mr. Ng and pursuant to the Court's Order dated July 27, 2018 (Docket No. 842), we respectfully enclose redacted copies of the eight exhibits introduced into evidence by Mr. Ng at the July 16, 2018 hearing.

                                             Respectfully submitted,

                                             Tai H. Park

cc: All Counsel of Record