UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

         -against-

NG LAP SENG,
------------------------------------------------------------X

S5 15 Cr. 706 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/2018

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the letter motion of non-parties Fairfax Media Limited and the Australian Broadcasting Corporation (the "Media Organizations") requesting that I unseal certain of the exhibits filed in this criminal proceeding. (Doc. 857.) Accordingly, it is hereby:

      ORDERED that the Government shall submit a letter detailing its position on the request of the Media Organizations on or before September 14, 2018.

      IT IS FURTHER ORDERED that if any other party has a position on the request of the Media Organizations, it shall also submit a letter detailing its position on or before September 14, 2018.

SO ORDERED.

Dated: August 30, 2018
      New York, New York

Vernon S. Broderick
United States District Judge