```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :

    - v. -                          :     **ORDER CONCERNING BAIL FUNDS**

NG LAP SENG,                       :     S5 15 Cr. 706 (VSB)

          Defendant.         :

- - - - - - - - - - - - - - - - X

WHEREAS, on or about October 26, 2015, Ng Lap Seng, a/k/a "David Ng," the defendant, through counsel, posted $20,000,000 (the "Bail Funds") in connection with satisfying the conditions of release pending trial in this matter, and the bulk of the Bail Funds remain on deposit with the Clerk of Court (receipt number 465401137538);

WHEREAS, on or about July 27, 2017, the defendant was convicted following a trial by jury on all counts in Superseding Indictment S5 15 Cr. 706 (VSB) (the "Superseding Indictment");

WHEREAS, on or about May 11, 2018, the defendant was fined $1,000,000, and was ordered to, among other things, pay (i) a $600 mandatory special assessment, and (ii) $302,977.20 in restitution to the United Nations;

WHEREAS, the Court ordered that the defendant pay interest on the restitution and fine, unless they were paid in full before the fifteenth date after the date of the judgment,

pursuant to 18 U.S.C. § 3612(f), and that the defendant satisfy the order of restitution within two months;

WHEREAS, the above sums remain unpaid;

WHEREAS, the Government has moved pursuant to Title 28, United States Code, Section 2044 that the Bail Funds be applied toward the payment of these sums;

WHEREAS, the defendant through counsel, consents to the Government's motion, and has agreed to have any remaining Bail Funds returned to Kirkland & Ellis LLP;

IT IS HEREBY ORDERED that:

1.  In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall also transfer $1,303,577.20 in United States currency from the Bail Funds, plus applicable interest on $1,302,977.20, pursuant to 18 U.S.C. § 3612(f), in full satisfaction of the defendant's outstanding restitution, special assessment, and fine obligations.

2.  The remainder of the Bail Funds (after transfer of $1,303,577.20, plus applicable interest, to satisfy the defendant's outstanding restitution, special assessment, and fine obligations), shall be released to an interest-bearing, segregated client account designated by Kirkland & Ellis LLP.

3.  The Clerk of the Court shall forward three certified copies of this Order to Assistant United States

Attorney Alexander Wilson, Chief of the Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York, 10007.

SO ORDERED:

_____
HONORABLE VERNON S. BRODERICK
United States District Judge

9/4/18
DATE