# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

George N. Bauer
To Call Writer Directly:
(212) 446-4777
George.bauer@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

October 5, 2018

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Ng Lap Seng*, S5 15 Cr. 706 (VSB)

Dear Judge Broderick:

We write on behalf of Defendant Ng Lap Seng to seek the release of his Macau and Portugal passports (the "Passports"). Mr. Ng self-surrendered to FCI Allenwood on July 18, 2018. We understand that the Passports remain in the possession of Pretrial Services.

We respectfully request the Court's approval for Pretrial Services to release the Passports to Mr. Ng's attorney, Xue Huang, who will hold them on Mr. Ng's behalf, pending further authorization to release them to others. The government consents to this request.

Respectfully Submitted,

KIRKLAND & ELLIS LLP

By:    /s George N. Bauer
       George N. Bauer
       Kirkland & Ellis LLP
       601 Lexington Avenue
       New York, NY 10022

cc:    Counsel of Record (by ECF)