# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

April 26, 2020

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:  *United States v. Ng Lap Seng*, 15-cr-706-3 (VSB)**

Dear Judge Broderick:

We write to update the Court regarding the administrative exhaustion issue that has been argued by the parties.

Section 3582(c)(1)(A)'s 30-day clock for exhaustion started on March 27, 2020, when Defendant Ng Lap Seng's § 3583(c)(1)(A) petition was faxed to the warden of his facility.  *See* 18 U.S.C. § 3582(c)(1)(A) (authorizing a court to grant compassionate release after "the lapse of 30 days from the receipt of [a § 3583(c)(1)(A)] request by the warden of the defendant's facility"). The 30-day clock has now expired, rendering the exhaustion issue moot.

Thank you again for your time and consideration.

BRAFMAN & ASSOCIATES, P.C.

                                            Respectfully submitted,

                                            Benjamin Brafman, Esq.
                                            Jacob Kaplan, Esq.
                                            Stuart Gold, Esq.
                                            Brafman & Associates, P.C.
                                            767 3rd Avenue, 26th Floor
                                            New York, NY 10017
                                            Tel: (212) 750-7800
                                            Fax: (212) 750-3906

BRAFMAN & ASSOCIATES, P.C.