UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA,         :

                       :

            v.           :

                       :        S5 15-CR-706 (VSB)

NG LAP SENG,               :

                       :        **ORDER**

                Defendant.  :

                       :

------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/28/2020__

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Defendant's letter dated April 26, 2020, stating that "[t]he 30-day clock has now expired, rendering the exhaustion issue moot."  (Doc. 948.)  It is hereby

      ORDERED that the Government confirm by close of business on April 28, 2020, that the Federal Bureau of Prisons has taken no action on Defendant's request for compassionate release, and that I am therefore free to address the substance of Defendant's motion for compassionate release.

      SO ORDERED.

Dated:    April 28, 2020
          New York, New York

Vernon S. Broderick
United States District Judge