

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex, Allenwood*

*Low Security Correctional Institution*
*P. O. Box 1500*
*White Deer, PA 17887*

April 20, 2020

Benjamin Brafman, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, NY  10017

RE: SENG, Ng Lap
    Register No.: 92441-054

Dear Mr. Brafman:

This is in response to the letter written on behalf of Ng Lap Seng, Register No.: 92441-054, and received on March 30, 2020, wherein the request for Compassionate Release/Reduction in Sentence (RIS) was made based upon Specific Extraordinary and Compelling Circumstances, specifically, that the health of inmate Seng is declining.  If ineligible for a Compassionate Release, the request that he then be released to Home Confinement due to concerns over the COVID-19 virus be accommodated.

In accordance with Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582 and 4205(g), Elderly Inmates with Medical Conditions must be Age 65 and older.  Inmate Seng is 71 years of age, however; further review requires RIS consideration may also be given to inmates who have an incurable, progressive illness or who have suffered a debilitating injury from which they will not recover.

In accordance with policy, the BOP should consider a Reduction in Sentence if the inmate is:

- Completely disabled, meaning the inmate cannot carry on any self-care and is totally confined to a bed or chair.  He is able to maneuver within the living quarters.  He is able to address normal living needs.

- Capable of only limited self-care and is confined to a bed or chair more than 50% of waking hours. He is able to maneuver within the living quarters. He is able to walk to Health Services. He is able to walk to Food Service. He is able to address all his own normal living needs.

As such, inmate Seng is not eligible for release in accordance with Program Statement 5050.50, Compassionate Release/Reduction in Sentence.

I trust this response addresses your concerns.

Sincerely,

D. K. White
Warden