Dear Honorate judge,

First, I would like to apologize for sending you this letter. I am sorry for the inconvenince and thankful for you time in reading my letter. I have been in prison for almost two years now. These two years went by quicky yet felt very slow. During this period, I reflected on many things, and gained new insights and perspective. Memory of the past caused many mixed feelings and emotions in my heart.

Last July (lunar calendar) I spent my 71st birthday in prison. It's been a long time since I've had a birthday without my family member. I felt so lonely and lost without them. I haven't been home for five years and I missed my family and friends very much. Being alone in a foreign country makes me feel miserable and sad. Thanks to the support and help of my fellow inmates,

I felt less afraid as I otherwise would have been as an old man who does not understand any English. I would like to express my sincere gratitude to my fellow inmates and officers and staff of the prison for their assistance and guidance.

I'm turning 72 this july. But I'm very worried. I worry because I don't know if I'll ever have the chance to spend another brithday with my family. Like most Chinese of my age, I was born into a war-torn and desperately poor rural family. My mother was only one who survived the war while the rest of her family were starved to death. She had nine children. But because of the war and the extreme poverty, she was able to raise only four of the children. I went to school at the age of seven. It was the first time I got to wear new clothes. After graduating from primary school at the age 13, I worked as a farmer in the countryside to support

my family... The destituteness and hardship motivated me to work hard. I vowed that when I grew up, I would strive to create a better life for my family. Due to years of persevrance and hard work, I developed many physical illnesses at a young age. I suffered from cardiovascular disease, hypertension, diabetes, and had 3 min-strokes including one that I experienced just before I reported to prison. After my youngest son died in a car accident at the age of 19, my health deteriorated to a point that I could barely walk, and or talk, lost almost all my hair. It took a long time for my health to improve.

    Because of my age and various chronic diseases, such as hypertension, diabetes, heart disease, strokes and a family history of kidney disease, that I suffered from, I requested for a thorough physical examination before going to prison.

I want to thank your honor for allowing me to receive the timely treatment before going to prison. I visited the emergency room twice for chest pain before reporting to prison. According to the doctor's diagnosis, I had an abnormal heart function condition and stage III chronic kidney disease. Further examination revealed that my heart was not getting enough blood, and the doctor suspected that there might be a blockage. On the advice of my doctor, I underwent another coronary angiogram, which showed the 90% and 75% of the two arteries in the left side of my heart were blocked. Doctors immediately placed two stents in the blocked area to reduce the risk of a heart attack. Unfortunately, after the surgery, I was sent to the hospital again due to a minor stroke.

   Since I went to prison, I have been trying to exercise within my physical ability, hoping to protect and maintain my health as much as possible

But perhaps because of the western-style diet which I am not used to, in addition to the chronic nature of my diseases, it is difficult to improve let alone to treat my illnesses by exercising alone. My health gradually worsened after I was imprisoned. My heart and kidney conditions continue to deteriorate. From time to time, I even had issues with incontinence, I have frequent pains in the left chest. My blood pressure is often between 150-200, and my fasting blood glucose level is between 150-200. My blood sugar level is out of control, even though I have stopped eating any sweets. The doctor has changed my medication prescription from 350mg to 850mg. I am taking twice the medication, but my blood sugar level is still between 150-200. The result is poor. I could also feel my kidney function is getting worse. The skin color of my face was often dark. My eyesight is blurry and my hearing is affected by tinnitus. The right side of my body often felt numb. I cannot

move my hands and feet as well as before. I often had headaches and could only sleep for about 3-4 hours at night. A dull pain often persists in the liver and gallbladder area. I feel really sick.

I know that these physical symptoms are something that I have to overcome in prison. But now that the Covid 19 outbreak is so serious, I am living in a constant state of panic. Even though I have been told that my prison has no confirmed case yet, I'm still really scared. I'm afraid that if anyone in here gets injected, the outbreak will spread quickly in the facility. I know that this virus is highly contagious. I'm really scared, because I'm 72 years old and sick. If I am injected, I will likely not survive. I'm really afraid that I'll never see my family again. My family lives abroad, and if I get sick, I may not get to see them again. This thought frightens me and made me feel very sad. It kept me awake at night.

I couldn't sleep. Since the outbreak began, I've been living in fear, unable to eat, unable to sleep. I am really worried that I will never go home again, and that I will never see my family, my wife, my children, and my eight adorable grandchildren again. I hope your honor will consider my situation and help me an appropriate way. Thank you very much!

    I have tried my best to have my letter translated into English correctly. Please forgive me if there are any errors in the translation.

Sincerely

Ng Lap Seng

June 1, 2020

尊敬的法官大人您好：

实在抱歉以这样冒昧的方式打扰您，对不起，耽误您的时间了。法官大人，不知不觉中，我在狱中已度过了快两年的时间了，这两年的时间过得很快，也很漫长，在这段时间里，我反思了许多事情，对很多事情也有了新的感悟，回想起过去如眼中种，真是酸甜苦辣，百般之味在心头。

辞七月，我在我的生日日期，我在狱中度过了我71岁的生日，很久没有过这一个没有生日家人在身边的生日了，没有家人在身边，我感到十分孤独与失落，我已经有三年没有回家了，我十分想念我的家人和朋友，一个人孤零零地流落在异国他乡，让我感到非常凄惨与难过，幸好有狱友的支持和帮助，因为她们对我的支持和帮助，我很过这个语言不通，又水土不服加上我年老多病痛的这样的老人家感到没那么害怕，我衷心感谢，感谢狱友与监狱中的各级领导和狱警以及工作人员对我的帮助和指教指导。

今年7月我要如何度过我的生日，但是，我却十分担心，我担心我这一生不知道还有没有机会再与家人再共度生日。

与大多数和我同令的中国人一样，我出生在一个战乱又动荡极度贫困农村家庭，因战乱动荡，家庭又极度贫困和造成我妈妈生下九个孩子只能养活我兄姐四个，家大口只读十年书，因战乱动荡，我爷爷一家全部饿死只剩下妈妈一人能活在世上，我比岁读书，他穿上第一套新衣服到学校上学读书，我童年时大部在农村历练和吃苦，我30岁了仍未100元什么的，因我们家贫之故，我发誓长大以后要更努力奋斗创造美事业的雄心壮志，让我家也住上更好的日子，因我长年累月不懈奋斗的打拼中，我的路下了许许多多身体上的毛病，使

我从年轻30中老年就有心脑血管病，糖尿病，高血压，还经历过连续3次判刑後受了3次微型中风。尤其是我大儿子1岁先车祸去世後，我一度行动困难，连走路，说话都感到吃力，决定也几乎瘫痪，经过长时间的调理之後，身体情况才慢之好转。

因为我的年纪和身体有各种各样的毛病，包括有心脑血管病，糖尿病和家族遗传慢性肾病，高血压和3次微型中风等。我希望在入狱之前做一次详细的身体检查，感谢法官大人的批准，让我在入狱之前得到及时的治疗。入狱前我曾经因为胸口疼痛被一次送进急诊室，依据医生的诊断，我的心脏功能异常，还患有第3期慢性肾病，进一步的检查显示我的心脏供血不足，医生怀疑有血管堵塞的可能性，在医生的建议下，我作了冠状动脉造影测试，结果显示我左边心脏两条动脉血管有90%和75%的堵塞，医生马上在有塞的地方放置一个支架，以减低心肌梗塞的风险，隔着3天手术之後，我又一次因为轻微中风被送到医院。

自从我入狱以来，我一直努力尽力所能及的运动，尽量保护和维持我的身体健康，但是狱中的西式饮食我吃不习惯，加上我的身体老年多病痛的问题，都是一些长时间的慢性病，很难单靠着锻炼身体的方式来治疗，而且是最大的因素饮食不可惯的另一种原因。入狱後我的身体在心脏，肾脏那里出现问题，并致大便经常烂的现状，心脏经常胸痛，血压经常在150-200不等，胰岛血糖经常在150-200，我的血糖无法控制，尽管我已经不吃任何甜食，而且医生已把我原来的外力份量250毫降太到目前的850，原来每日一粒现在又增加到2-3粒，结果我的血糖都在150-200的效果还是不理想，而且我能感觉到我的肾脏情况也在变坏，我的脸色经常暗黑色的，身体浮肿，眼睛慢慢看不清楚东西，听力也逐渐下降，加上半身麻木，耳鸣，眼花，关节发痒，手脚动限活，我知道只能

睡3-4个小时，经常失眠，有时肝胆又痛，真是百病缠身。

我心明白这些身体的问题，是我和狱中必须要克服的。但现在新冠病毒疫情外常严重，虽然我听他们说，我所在的监狱暂时没有确诊病人的报告。但是，我每日都生活在一片人加犯立恐惧之中。我真的非常害怕，我担心一旦这里有感染了这个病毒，疫情会在监狱迅速蔓延。我知道这个病毒的传染力是非常厉害的。我真是非常害怕，因为我这个72岁年老多病痛的老人家，又有糖尿病，心血管心脏病，慢性胃病，高血压病和2次微型中风的病老人家，抵抗力其中差，故较难逃此。如果感染上真的是非常害怕，我恐怕再也见不到我的家人，因为我的家人都在国外。如果我得病了，他们可能连我的面都见不到。想到这里，我就十分害怕，也十分难过，又会失眠。疫情病毒爆发以来，我每天都生活在惊恐之中，非常吃不好也睡不宽，我真的非常思念我的家人，也没有机会见到我的家人，我的太太，我的儿女和我八个活泼可爱的孩们。希望法官大人可以同情考虑我的家庭情况给予我的帮助。谢谢法官大人。

致！

礼！

落难人：姜超群／邢坛军

30-1-2020