# Exhibit B

# (April 7, 2020 - July 17, 2020 BOP Medical Records)

(filed under seal)