# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
————
MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

July 27, 2020

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. Ng Lap Seng*, 15-cr-706-3 (VSB)

Dear Judge Broderick:

Counsel for Defendant Ng Lap Seng submit this letter in response to the Government's letter docketed at ECF No. 960 and to advise the Court that there is recent medical information for the Court to consider. Counsel have been informed that the nurses who examined Ng during his last several medical examinations did not address his complaints about numbness, swelling of his lymph nodes, or other health issues. Additionally, a doctor who examined Ng last Friday (on July 24, 2020) warned him that he is at risk of suffering another stroke and scheduled him for a more thorough examination for this week.

Thank you again for your time and consideration.

BRAFMAN & ASSOCIATES, P.C.

Respectfully submitted,

Benjamin Brafman, Esq.
Jacob Kaplan, Esq.
Stuart Gold, Esq.
Brafman & Associates, P.C.
767 3rd Avenue, 26th Fl.
New York, NY 10017
Tel: (212) 750-7800
Fax: (212) 750-3906
bbrafman@braflaw.com
jkaplan@braflaw.com
sgold@braflaw.com