# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN

JOSHUA D. KIRSHNER

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

July 29, 2020

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:  *United States v. Ng Lap Seng*, 15-cr-706-3 (VSB)**

Dear Judge Broderick:

  Upon Defendant Ng Lap Seng's request, undersigned counsel submit this letter to provide another update about Ng's health issues.  Counsel has been informed that during a recent two-hour medical visit, Ng complained about numbness on the left side of his body, pains in his chest, and lumps on his chest and shin(s).  Additionally, Ng is awaiting the results of x-rays of his lumps and the back of his neck.

  Thank you again for your time and consideration.

BRAFMAN & ASSOCIATES, P.C.

                                               Respectfully submitted,

                                               _____

                                               Benjamin Brafman, Esq.
                                               Jacob Kaplan, Esq.
                                               Stuart Gold, Esq.
                                               Brafman & Associates, P.C.
                                               767 3rd Avenue, 26th Fl.
                                               New York, NY 10017
                                               Tel: (212) 750-7800
                                               Fax: (212) 750-3906
                                               bbrafman@braflaw.com
                                               jkaplan@braflaw.com
                                               sgold@braflaw.com