```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
       :
UNITED STATES OF AMERICA,   :
       :
       :
    - against -   :   S5 15-CR-706 (VSB)
       :
       :   **ORDER**
NG LAP SENG,   :
       :
      Defendant.   :
       :
------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    I am in receipt of defense counsel's March 16, 2021 letter in opposition to the Government's motion for reconsideration. (Doc. 993.) Accordingly, it is hereby:

    ORDERED that the parties are directed to appear for a telephonic conference on March 17, 2021 at 4:00 p.m. The dial-in number is 888-363-4749 and the access code is 2682448. The parties should be prepared to discuss how, if I deny the Government's motion for reconsideration, the Government, U.S. Immigration and Customs Enforcement, or Chinese officials can ensure that Defendant receives his second Moderna vaccine dose in a timely and safe manner.

SO ORDERED.

Dated:  March 17, 2021
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge